**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **5 Star Investment Group, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1562871** |
|---|---|---|

4. **Debtor's address**

**Principal place of business**

**3131 Grape Road**
**Mishawaka, IN 46545**
Number, Street, City, State & ZIP Code

**St Joseph**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| 5. | Debtor's website (URL) | |
|---|---|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

‾‾‾‾

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attached Exhibit A** | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? |
|---|---|

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 22, 2016**
MM / DD / YYYY

**X** _____
Signature of authorized representative of debtor

Title    _____

**Earl Miller**
Printed name

---

**18. Signature of attorney**

**X** _____
Signature of attorney for debtor

Date **January 22, 2016**
MM / DD / YYYY

**Katherine C. O'Malley**
Printed name

**Cozen O'Connor**
Firm name

**123 North Wacker Drive**
**Suite 1800**
**Chicago, IL 60606-1770**
Number, Street, City, State & ZIP Code

Contact phone    **312-382-3100**    Email address    **komalley@cozen.com**

**29032-49**
Bar number and State

**5 Star Investment Group, LLC**
**EXHIBIT 1 - PENDING BANKRUPTCY CASES FILED BY AFFILIATES**

| Name of Debtor | Case Number | Date Filed | District | Relationship |
|---|---|---|---|---|
| 5 Star Capital Fund, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Commercial, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Holdings, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group II, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group III, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group IV, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group V, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group VII, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Portland Holdings, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Indiana Holdings, LLC | Unknown | | N.D. Indiana | Affiliate |

Fill in this information to identify the case:

Debtor name **5 Star Investment Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF INDIANA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Metro Homes Northwest, LLC c/o David J. Peterson Tonkon Torp LLP 1600 Pioneer Tower, 888 SW 5th Ave. Portland, OR 97204** | | | | **$94,344.91** | **$0.00** | **$94,344.91** |
| **Lewis M. Peight 4701 Front Mountain Road Belleville, PA 17004** | | **Promissory Note** | | **$78,000.00** | **Unknown** | **$78,000.00** |
| **Paul Eicher 20106 State Road 37 Harlan, IN 46743** | **260-437-4003** | **Promissory Note** | | **$60,000.00** | **Unknown** | **$60,000.00** |
| **Mark A. Stutzman 7806 W 750 N Etna Green, IN 46524** | | **Promissory Note** | | | | **$60,000.00** |
| **Thomas Adamczk 520 N Van Buren Street Shipshewana, IN 46565** | | **Promissory Note** | | | | **$58,500.00** |
| **Victor Graber Jr. 14213 Hurshtown Road Grabill, IN 46741** | **260-410-2777** | **Promissory Note** | | **$50,000.00** | **Unknown** | **$50,000.00** |
| **Olen R. Hochstedler 5757 N. 600 E. Kokomo, IN 46901** | **765-480-3522** | **Promissory Note** | | **$50,000.00** | **Unknown** | **$50,000.00** |
| **Joseph Graber 15909 Trammel Road Grabill, IN 46741** | **260-241-0973** | **Promissory Note** | | | | **$50,000.00** |
| **Mark A. Stutzman 12804 Page Road Grabill, IN 46741** | | **Promissory Note** | | **$45,000.00** | **Unknown** | **$45,000.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **5 Star Investment Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marion Bontrager 1725 Juniper Place Apt. 214 Goshen, IN 46526** | | **Promissory Note** | | | | **$45,000.00** |
| **Lester & Marlene Mullet 2745 N 735 W Shipshewana, IN 46565** | 260-350-4420 | **Promissory Note** | | **$42,000.00** | **Unknown** | **$42,000.00** |
| **Glen Riegsecker 62279 CR 41 Goshen, IN 46528** | | **Promissory Note** | | **$42,000.00** | **Unknown** | **$42,000.00** |
| **Greg Taylor 402 North Williams Street Nappanee, IN 46550** | | **Promissory Note** | | **$42,000.00** | **Unknown** | **$42,000.00** |
| **Lester Mullet 2745 N 735 W Shipshewana, IN 46565** | 260-350-4420 | **Promissory Note** | | | | **$42,000.00** |
| **Dorcas Shildt 6336 Lincolnway West Saint Thomas, PA 17252** | | **Promissory Note** | | **$40,000.00** | **Unknown** | **$40,000.00** |
| **Wayne L. Andrews 56912 CR 33 Middlebury, IN 46540** | | **Promissory Note** | | | | **$40,000.00** |
| **Olen R. Hochstedler 5757 N. 600 E. Kokomo, IN 46901** | 765-480-3522 | **Promissory Note** | | **$39,000.00** | **Unknown** | **$39,000.00** |
| **Ray Weaver 9574 Senff Road Dundee, OH 44624** | | **Promissory Note** | | **$30,000.00** | **Unknown** | **$30,000.00** |
| **Shannon T. Long 6405 N 1200 W Middlebury, IN 46540** | | **Promissory Note** | | **$30,000.00** | **Unknown** | **$30,000.00** |
| **Elizabeth Schwartz 6205 Ricker Road New Haven, IN 46774** | 260-312-9978 | **Promissory Note** | | | | **$30,000.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

ADT SECURITY SERVICES, INC.
9273 CASTLEGATE DRIVE
INDIANAPOLIS, IN 46256


ALVIN & EMMA LAMBRIGHT REVOCABLE
LIVING TRUST


AMIG


BRIMAR


CATHLEEN D. MILLER
16891 CR 18
GOSHEN, IN 46528


CHASE


CHRIST EICHER
16331 GRABILL ROAD
GRABILL, IN 46741


COMCAST


COMCAST CABLE

DANIEL OR LENA RABER
2994 TOWNSHIP RD 163
BALTIC, OH 43804


DAVID J. LENGACHER
15314 ANTWERP ROAD
GRABILL, IN 46741


DORCAS SHILDT
6336 LINCOLNWAY WEST
SAINT THOMAS, PA 17252


ELIZABETH SCHWARTZ
6205 RICKER ROAD
NEW HAVEN, IN 46774


ELKHART COUNTY TREASURER
117 N. 2ND STREET
#201
GOSHEN, IN 46526


EQUITY TRUST CO.
FBO JERRY HOCHSTETLER IRA


EQUITY TRUST CO.
FBO GRACE HOCHSTETLER IRA


EQUITY TRUST COMPANY
CUSTODIAN FBO SAM MILLER IRA


EQUITY TRUST COMPANY
CUSTODIAN FBO ERVIN MILLER IRA

EQUITY TRUST COMPANY
CUSTODIAN FBO CATHJLEEN MILLER IRA


ERVIN MILLER
16891 CR 18
GOSHEN, IN 46528


EXECUTEC INC.


FERMAN & REBECCA GRABER
17123 GRABILL ROAD
GRABILL, IN 46741


FREEMAN-SPICER FINANCIAL SERVICES


GE CAPITAL
C/O RICOH USA PROGRAM


GEIGER, CPA, PC


GERALD SHILDT
6336 LINCOLNWAY WEST
SAINT THOMAS, PA 17252


GLEN RIEGSECKER
62279 CR 41
GOSHEN, IN 46528

GRACE HOCHSTETLER
63082 CR 33
GOSHEN, IN 46528


GREATER SOUTH BEND-MISHAWAKA ASSOC.


GREG TAYLOR
402 NORTH WILLIAMS STREET
NAPPANEE, IN 46550


HENRY KNEPP
10583 E 550 N
LOOGOOTEE, IN 47553


INDIANA MICHIGAN POWER
P.O. BOX 24404
CANTON, OH 44701-4404


JERRY HOCHSTETLER
63082 CR 33
GOSHEN, IN 46528


JOHN E. COOK
172 THE WILLOWS
GOSHEN, IN 46526


JOHN SLABACH
60450 CR 33
GOSHEN, IN 46528


JOSEPH GRABER
15909 TRAMMEL ROAD
GRABILL, IN 46741

JOSHUA & ANNETTA WITMER
11229 CUBA ROAD
HARLAN, IN 46743


KNEZ BUILDING MATERIALS CO. - TIGARD


KORHORN FINANCIAL GROUP, INC.


LESTER & MARLENE MULLET
2745 N 735 W
SHIPSHEWANA, IN 46565


LESTER MULLET
2745 N 735 W
SHIPSHEWANA, IN 46565


LESTER SCHMUCKER
12117 PAGE ROAD
GRABILL, IN 46741


LEWIS M. PEIGHT
4701 FRONT MOUNTAIN ROAD
BELLEVILLE, PA 17004


MARION BONTRAGER
1725 JUNIPER PLACE
APT. 214
GOSHEN, IN 46526


MARK A. STUTZMAN
7806 W 750 N
ETNA GREEN, IN 46524

MARK A. STUTZMAN
12804 PAGE ROAD
GRABILL, IN 46741


MASON'S HEATING AC


MELVIN KUHNS
431 PLYMOUTH GOSHEN TRAIL
NAPPANEE, IN 46550


MERVIN & SARAH WITMER
14204 DOTY ROAD
NEW HAVEN, IN 46774


MERVIN BONTRAGER
0821 W 1200 N-57
WOLCOTTVILLE, IN 46795


METRO HOMES NORTHWEST, LLC
C/O DAVID J. PETERSON
TONKON TORP LLP
1600 PIONEER TOWER, 888 SW 5TH AVE.
PORTLAND, OR 97204


MORRIS WISER
239 HIBISCO DRIVE
NORTH PORT, FL 34287


NANCY COOK & MIDLAND IRA
172 THE WILLOWS
GOSHEN, IN 46526


NOAH SCHMUCKER
16707 GRABILL ROAD
GRABILL, IN 46741

NORTHERN INDIANA PUBLIC SERVICE COMPANY
801 E. 86TH AVENUE
MERRILLVILLE, IN 46410


NORTHWESTERN MUTUAL


OFFICE OF THE INDIANA ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204-2770


OLEN R. HOCHSTEDLER
5757 N. 600 E.
KOKOMO, IN 46901


PACWEST DRYWALL LLC


PAUL EICHER
20106 STATE ROAD 37
HARLAN, IN 46743


PLAIN COMMUNITIES


RAY WEAVER
9574 SENFF ROAD
DUNDEE, OH 44624


REUBEN & IRENE STEURY
12804 PAGE ROAD
GRABILL, IN 46741

ROBERT ROHENA
59052 LOWER DRIVE
GOSHEN, IN 46528


SAMUEL D. MILLER
21882 HIGHWAY 63
BLOOMFIELD, IA 52537


SHANNON T. LONG
6405 N 1200 W
MIDDLEBURY, IN 46540


SHEKINAH ELECTRIC, INC.


SOUTH BEND WATER WORKS
125 W. COLFAX AVE.
SOUTH BEND, IN 46601


STEVIE Z. LAPP
C/O GEORGE E. CHRISTIANSON
411 CHESTNUT STREET
LEBANON, PA 17042


THE ERVIN AND ANNA BONTRAGER
LIVING TRUST


THOMAS ADAMCZK
520 N VAN BUREN STREET
SHIPSHEWANA, IN 46565


TODD BAKER
8311 N 1000 E
LAFAYETTE, IN 47905

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505


VICTOR GRABER JR.
14213 HURSHTOWN ROAD
GRABILL, IN 46741


VICTOR LENGACHER
10244 N 1150 E
ODON, IN 47562


WARD'S GARAGE DOOR SALES & SERVICE INC.


WAYNE L. ANDREWS
56912 CR 33
MIDDLEBURY, IN 46540


WEST BEND MUTUAL INSURANCE COMPANY

# United States Bankruptcy Court
## Northern District of Indiana

In re  **5 Star Investment Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **5 Star Investment Group, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 22, 2016**

Date

**Katherine C. O'Malley 29032-49**

Signature of Attorney or Litigant

Counsel for  **5 Star Investment Group, LLC**

**Cozen O'Connor**
**123 North Wacker Drive**
**Suite 1800**
**Chicago, IL 60606-1770**
**312-382-3100 Fax:312-382-8910**
**komalley@cozen.com**