

**BGBC** Partners, LLP

*300 N. MERIDIAN STREET, STE. 1100*
*INDIANAPOLIS, IN  46204*
*317.633.4700*

*5 STAR MATTER*
*MR. JOHN HOARD*
*C/O RUBIN & LEVIN, PC*
*135 N. PENNSYLVANIA ST., STE 1400*
*INDIANAPOLIS, IN  46204*

*Invoice No.    220516*
*Date            May 16, 2017*
*Client No.     88857*

For Professional Services incurred through April 30, 2017 related to
5 Star Matter per enclosed time records.

Adjusted for fee rate schedule agreed upon.

Litigation - 18.80 hours.

Total Due        $      6,186.00

**Exhibit "A"**
**Page 1 of 2**

BGBC PARTNERS, LLP
5 STAR MATTER
Invoice No.   220516                                                    *Page 2*

| SERVICE | STAFF | HOURS | EXT. AMT. | AMOUNT |
|---------|-------|-------|-----------|--------|

**Other Misc Litigation Services**

| Date | Staff | Hours | Ext. Amt. | Amount |
|------|-------|-------|-----------|--------|
| 04/14/2017 | GROSS | 0.40 | $  162.00 | |
| Protective Order - review and sign | | | | |
| 04/20/2017 | GROSS | 0.30 | 121.50 | |
| Wells Fargo documents | | | | |
| 04/20/2017 | GROSS | 0.20 | 81.00 | |
| Stipulated Protective Order - Staff to review and sign | | | | |
| 04/25/2017 | GOWAN | 5.00 | 1,600.00 | |
| Analysis of Wells Fargo production | | | | |
| 04/25/2017 | GROSS | 0.20 | 81.00 | |
| Meeting with Erika Gowan and Steve Reed - regarding ▮▮▮▮ ▮▮▮▮▮▮▮ | | | | |
| 04/26/2017 | GOWAN | 3.50 | 1,120.00 | |
| Wells Fargo, Interra bank information, discussion with J. Hoard, H. Gross regarding ▮▮▮▮ | | | | |
| 04/26/2017 | GROSS | 0.20 | 81.00 | |
| Telecom with Erika Gowan and John Hoard regarding ▮▮▮ | | | | |
| 04/26/2017 | GROSS | 0.40 | 162.00 | |
| Discussion with Erika Gowan and John Hoard, regarding ▮▮▮ ▮▮▮▮ | | | | |
| 04/27/2017 | GOWAN | 4.50 | 1,440.00 | |
| Wells Fargo bank information | | | | |
| 04/27/2017 | GROSS | 0.30 | 121.50 | |
| Meeting with Erika Gowan regarding ▮▮▮▮▮ | | | | |
| 04/28/2017 | GOWAN | 3.80 | 1,216.00 | |
| Summarize Wells Fargo bank information | | | | 6,186.00 |

Total Due    $  6,186.00