# Rubin & Levin

135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
Ph (317) 634-0300 Fax (317) 263-9410
FID # 35-1498694

---

## WORK IN PROCESS

5 Star Investment Group, LLC
Case No. 16-30078-hcd
Douglas R. Adelsperger, Trustee
Rubin & Levin, P.C., Counsel for Trustee

Date Range: 01/01/1898
To: 05/31/2017
Client/Matter Code: 867171-00001

Originating Timekeeper: JCH   Hoard, John C.
Billing Timekeeper: DJC   Caruso, Deborah J.

## Recovery of non-exempt assets

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | | | | | |
| 05|01|2017 | DJC | Review Correspondence to and from Cozen in preparation of call with Cozen | 0.70 | 385.00 | $269.50 |
| 05|01|2017 | DJC | Email to Milt Cosgrove regarding Albion and GVS Fairway Manor | 0.10 | 385.00 | $38.50 |
| 05|03|2017 | DJC | Conference with Jim Pulliam regarding Twin City Foreclosure sale, appraised value of apartments and Lender pay-off | 0.70 | 385.00 | $269.50 |
| 05|05|2017 | DJC | Respond to David Mustard's email regarding ▮ | 0.10 | 385.00 | $38.50 |
| 05|05|2017 | DJC | Respond to email from Doug regarding ▮ | 0.10 | 385.00 | $38.50 |
| 05|05|2017 | DJC | Review and comment on mediation statement for Gingerich mediation | 0.50 | 385.00 | $192.50 |
| 05|05|2017 | JCH | Review and respond to emails regarding ▮ | 0.40 | 385.00 | $154.00 |
| 05|08|2017 | ENH | Conference with Debbie Caruso ▮ (0.1); and perform legal research re ▮ (0.9) | 1.00 | 285.00 | $285.00 |
| 05|08|2017 | DJC | Conference with Doug, Ed, and John to review status of various recoveries on assets; conference regarding filing of plan | 1.50 | 385.00 | $577.50 |
| 05|08|2017 | JCH | Telephone conference with Trustee Adelperger regarding ▮ | 1.50 | 385.00 | $577.50 |
| 05|09|2017 | DJC | Review email regarding ▮ | 0.10 | 385.00 | $38.50 |

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|09\|2017 | DJC | Review settlement proposal to Swartz | 0.20 | 385.00 | $77.00 |
| 05\|10\|2017 | ENH | Continue to research caselaw re ▮▮▮ | 5.60 | 285.00 | $1,596.00 |
| 05\|12\|2017 | ENH | Review subpoena responses and continue to research ▮▮▮ (3.2); and conference with John Hoard ▮▮▮ (0.7) | 3.90 | 285.00 | $1,111.50 |
| 05\|12\|2017 | DJC | Review Global documents for cause of action against Southern Equity Trust | 1.50 | 385.00 | $577.50 |
| 05\|12\|2017 | DJC | Emails to Jim White regarding ▮▮▮ | 0.20 | 385.00 | $77.00 |
| 05\|14\|2017 | DJC | Review and respond to email from Jim White regarding ▮▮▮ | 0.10 | 385.00 | $38.50 |
| 05\|22\|2017 | ENH | Continue to review Global Impact subpoena responses re: whether debtor received reasonably equivalent value | 0.30 | 285.00 | $85.50 |
| 05\|26\|2017 | DJC | Email to Doug regarding ▮▮▮ | 0.10 | 385.00 | $38.50 |
| 05\|30\|2017 | DJC | Email to Jim White regarding ▮▮▮ | 0.10 | 385.00 | $38.50 |
| | | **Subtotal for: Asset Analysis and Recovery** | | | $6,119.50 |

**02 - Asset Disposition**

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|01\|2017 | MRT | Review and respond to email form Meridian Title regarding sale of 20830 Osborne Road | 0.10 | 285.00 | $28.50 |
| 05\|01\|2017 | MRT | Draft purchase agreement for Selis offer | 1.20 | 285.00 | $342.00 |
| 05\|01\|2017 | MRT | Draft sale motion for Singh offer #1 | 2.20 | 285.00 | $627.00 |
| 05\|01\|2017 | MRT | Draft purchase agreement for Arizpe offer | 0.50 | 285.00 | $142.50 |
| 05\|01\|2017 | MRT | Finalize and file sale motion for Singh offer #1, notice and proposed order | 0.60 | 285.00 | $171.00 |
| 05\|02\|2017 | MRT | Review new offer for Fox Street and update real estate tracking sheet (0.8); Email to Tiffany Group regarding ▮▮▮ (0.1) | 0.90 | 285.00 | $256.50 |
| 05\|02\|2017 | MRT | Draft sale motion, notice and proposed order for Moser offer, including detail review of title work | 1.10 | 285.00 | $313.50 |
| 05\|02\|2017 | MRT | Finalize and file sale motion, notice and proposed order for Moser offer | 0.30 | 285.00 | $85.50 |
| 05\|02\|2017 | MRT | Draft purchase agreement for Dorbin | 0.50 | 285.00 | $142.50 |
| 05\|02\|2017 | MRT | Email to Tiffany Group and Meridian Title regarding file stamp copies of sale motion and sale notice for Moser offer | 0.10 | 285.00 | $28.50 |
| 05\|03\|2017 | DJC | Review email from Jonas regarding for sale sign on property | 0.10 | 385.00 | $38.50 |

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|03\|2017 | MRT | Email to Tiffany Group regarding ███ (0.1); Update real estate tracking sheet (0.1) | 0.20 | 285.00 | $57.00 |
| 05\|03\|2017 | MRT | Email to Ali Nodjoumi regarding ███ | 0.20 | 285.00 | $57.00 |
| 05\|03\|2017 | MRT | Email to Tiffany Group regarding ███ (0.1); Update real estate tracking sheet (0.1) | 0.20 | 285.00 | $57.00 |
| 05\|03\|2017 | MRT | Draft sale motion, notice and proposed order for South Bend 7, LLC, including analysis of title work (1.4); Email to Doug Adelsperger regarding ███ (0.1) | 1.50 | 285.00 | $427.50 |
| 05\|04\|2017 | MRT | Draft sale motion, notice and proposed order for Singh #2, including analysis of title work (1.9); Email to Doug Adelsperger regarding ███ (0.1) | 2.00 | 285.00 | $570.00 |
| 05\|04\|2017 | MRT | Review Watterud offer #2 and draft purchase agreement | 0.80 | 285.00 | $228.00 |
| 05\|04\|2017 | MRT | Finalize and file sale motion, notice and proposed order for Singh #2 | 0.60 | 285.00 | $171.00 |
| 05\|04\|2017 | MRT | Review revisions to Selis purchase agreement (0.2); Review and respond to email from Ali Nodjoumi regarding ███ (0.2) | 0.40 | 285.00 | $114.00 |
| 05\|05\|2017 | MRT | Review issue with Salvani purchase agreement (0.1); Revise Salvani purchase agreement (0.2); Review and respond to email from Meridian Title regarding revised Salvani purchase agreement (0.1) | 0.40 | 285.00 | $114.00 |
| 05\|05\|2017 | MRT | Draft sale motion, notice and proposed order for Singh #3, including analysis of title work (0.9); Email to Doug Adelsperger regarding ███ (0.1) | 1.00 | 285.00 | $285.00 |
| 05\|05\|2017 | MRT | Revise purchase agreement for Selis offer (0.5); Email to Doug Adelsperger regarding ███ (0.1) | 0.60 | 285.00 | $171.00 |
| 05\|08\|2017 | MRT | Review and respond to email from Jolene and Jen with Meridian Title regarding past due sewage fees for 417 W. 12th Street | 0.10 | 285.00 | $28.50 |
| 05\|08\|2017 | MRT | Review and update real estate tracking sheet (0.1); Email to Tiffany Group regarding ███ (0.2) | 0.30 | 285.00 | $85.50 |
| 05\|08\|2017 | MRT | Telephone conference with Doug Adelsperger regarding ███ (0.1); Further revise purchase agreement for Selis offer (0.2); Email to Ali Nodjoumi regarding ███ (0.1) | 0.40 | 285.00 | $114.00 |
| 05\|08\|2017 | MRT | Review and respond to email from the Tiffany Group regarding ███ | 0.10 | 285.00 | $28.50 |
| 05\|09\|2017 | MRT | Review offer from Lynn Hartman for 802 Altgeld and update real estate tracking sheet (0.2); Draft purchase agreement for Hartman sale (0.5); Email to Doug Adelsperger regarding ███ (0.1) | 0.80 | 285.00 | $228.00 |

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05|09|2017 | MRT | Email to Ali Nodjoumi regarding ▮ | 0.10 | 285.00 | $28.50 |
| 05|09|2017 | MRT | Further draft purchase agreement for Doering (0.4); Email to Doug Adelsperger regarding ▮ (0.1) | 0.50 | 285.00 | $142.50 |
| 05|09|2017 | MRT | Email to Scott Doering regarding draft of purchase agreement | 0.10 | 285.00 | $28.50 |
| 05|09|2017 | MRT | Revise purchase agreement for Salvani deal (0.4); Email to Meridian Title regarding revised purchase agreement for Salvani deal (0.1) | 0.50 | 285.00 | $142.50 |
| 05|10|2017 | MRT | Update real estate tracking sheet | 0.30 | 285.00 | $85.50 |
| 05|10|2017 | MRT | Draft sale motion, notice and proposed order for Dorbin sale (1.0); Email to Doug Adelsperger regarding ▮ (0.1) | 1.10 | 285.00 | $313.50 |
| 05|10|2017 | MRT | Draft purchase agreement for Arizpe #2 for 2201 Hollywood Place | 0.60 | 285.00 | $171.00 |
| 05|10|2017 | MRT | Email to Ali Nodjoumi regarding ▮ | 0.10 | 285.00 | $28.50 |
| 05|10|2017 | MRT | Review and respond to email from Tiffany Group regarding ▮ | 0.10 | 285.00 | $28.50 |
| 05|11|2017 | MRT | Email to Doug Adelsperger regarding ▮ | 0.10 | 285.00 | $28.50 |
| 05|11|2017 | MRT | Draft sale motion, notice and proposed order for Arizpe #1 sale (0.8); Email to Doug Adelserger regarding ▮ (0.1) | 0.90 | 285.00 | $256.50 |
| 05|11|2017 | MRT | Telephone conference with Ali Nodjoumi regarding ▮ (0.1); Telephone conference with Bill Sekerka regarding closing cost for Selis offer (0.1) | 0.20 | 285.00 | $57.00 |
| 05|11|2017 | MRT | Draft sale motion, notice and proposed order for Watterud #2 (1.2); Email to Doug Adelsperger regarding ▮ (0.1) | 1.30 | 285.00 | $370.50 |
| 05|11|2017 | MRT | Email to Tiffany Group regarding ▮ | 0.10 | 285.00 | $28.50 |
| 05|11|2017 | MRT | Finalize and file sale motion, notice and proposed order for Arizpe #1 (0.3); Email to Tiffany Group regarding ▮ (0.1); Email to Meridian Title regarding file stamp copy of sale motion, notice and proposed order for Arizpe #1 (0.1) | 0.50 | 285.00 | $142.50 |
| 05|16|2017 | DJC | Conference with Meredith Theisen regarding ▮ | 0.20 | 385.00 | $77.00 |
| 05|16|2017 | MRT | Email to Ali Nodjoumi regarding ▮ | 0.10 | 285.00 | $28.50 |
| 05|16|2017 | MRT | Email to Doug Adelsperger regarding ▮hase agreements for Hartman and Watterud #2 | 0.10 | 285.00 | $28.50 |
| 05|16|2017 | MRT | Finalize and file sale motion, notice and proposed order for Dorbin offer | 0.70 | 285.00 | $199.50 |

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|16\|2017 | MRT | Email to Ali Nodjoumi regarding ▇ | 0.20 | 285.00 | $57.00 |
| 05\|16\|2017 | MRT | Email to Ali Nodjoumi regarding ▇ | 0.10 | 285.00 | $28.50 |
| 05\|16\|2017 | MRT | Draft sale motion, notice and proposed order for Hartman deal and email to Doug Adelsperger | 1.00 | 285.00 | $285.00 |
| 05\|16\|2017 | MRT | Email to Tiffany Group regarding ▇ | 0.10 | 285.00 | $28.50 |
| 05\|16\|2017 | MRT | Finalize and sale motion, notice and proposed order for Watterud #2 sale and email to Tiffany Group and Meridian | 0.50 | 285.00 | $142.50 |
| 05\|16\|2017 | JMR | Review Riejsecker sale objection, research issues (1.1); draft memo to Meredith Theisen regarding ▇ (0.3) | 1.40 | 370.00 | $518.00 |
| 05\|17\|2017 | MRT | Draft sale motion, notice and proposed order for Arizpe #2 | 1.00 | 285.00 | $285.00 |
| 05\|17\|2017 | MRT | Email to Ali Nodjoumi regarding ▇ (0.1); Finalize drafts of sale motion, notice and order for Arizpe #2 and email to Doug Adelsperger (0.4) | 0.50 | 285.00 | $142.50 |
| 05\|17\|2017 | MRT | Email to Ali Nodjoumi regarding ▇ | 0.20 | 285.00 | $57.00 |
| 05\|17\|2017 | MRT | Email to Tiffany Group regarding ▇ | 0.10 | 285.00 | $28.50 |
| 05\|17\|2017 | MRT | Email to Tiffany Group regarding ▇ | 0.10 | 285.00 | $28.50 |
| 05\|17\|2017 | JMR | Research issues relating to objection to motion to sell real estate (2.4); review alleged mortgagee's documents - note and mortgage (0.3); confer with Debbie Caruso regarding ▇ (0.3) | 3.00 | 370.00 | $1,110.00 |
| 05\|17\|2017 | JMR | Review motion to sell | 0.30 | 370.00 | $111.00 |
| 05\|18\|2017 | MRT | Finalize and file sale motion, notice and proposed order for Arizpe #2 sale (0.3); Email to Tiffany Group regarding ▇ (0.1); Email to Meridian Title regarding file stamp copies of sale motion and sale notice for Arizpe #2 (0.1) | 0.50 | 285.00 | $142.50 |
| 05\|18\|2017 | JMR | Review Subscription Agreement documents from 2010-2012 | 0.60 | 370.00 | $222.00 |
| 05\|19\|2017 | JMR | Research issues relating to response to objection to motion to sell | 2.30 | 370.00 | $851.00 |
| 05\|22\|2017 | DJC | Review and respond to emails regarding ▇ | 0.20 | 385.00 | $77.00 |
| 05\|24\|2017 | MRT | Review docket for past objection deadlines and missing orders (0.2); Email to Lisa Dowell regarding ▇ (0.1) | 0.30 | 285.00 | $85.50 |
| 05\|25\|2017 | MRT | Analyze status of current sales (0.4); Detailed email to Doug Adelsperger regarding ▇ (0.4) | 0.80 | 285.00 | $228.00 |

Wednesday, June 14,   01:51:23 pm   Prebill #   235339   5   of 14

Exhibit "1"
Page 5 of 14

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|25\|2017 | MRT | Detailed email to Tiffany Group regarding ▓▓▓ (0.2); Email to Ali Nodjoumi regarding ▓▓▓ (0.1); Email to Scott Doering regarding status of purchase agreement (0.1) | 0.40 | 285.00 | $114.00 |
| 05\|25\|2017 | MRT | Finalize and file sale motion, notice and proposed order for Hartman sale (0.5); Email to Meridian Title regarding file stamp copies of sale motion and notice for Hartman sale (0.1); Email to Tiffany Group regarding ▓▓▓ (0.1) | 0.70 | 285.00 | $199.50 |
| 05\|25\|2017 | MRT | Review and respond to email from Meridian Title regarding code enforcement notices on 18890 E. Cleveland Road | 0.10 | 285.00 | $28.50 |
| 05\|26\|2017 | DJC | Conference with Meredith and email to Doug regarding ▓▓▓ | 0.20 | 385.00 | $77.00 |
| 05\|26\|2017 | DJC | Review Orders to sell free and clear | 0.20 | 385.00 | $77.00 |
| 05\|26\|2017 | MRT | Several emails to Meridian Title regarding entry of sale orders | 0.20 | 285.00 | $57.00 |
| 05\|26\|2017 | MRT | Email to Tiffany Group regarding ▓▓▓ | 0.10 | 285.00 | $28.50 |
| 05\|30\|2017 | MRT | Telephone conference with Scott Doering regarding purchase agreement (0.1); Draft letter to Scott Doering regarding purchase agreement (0.1) | 0.20 | 285.00 | $57.00 |
| 05\|30\|2017 | MRT | Review and respond to email from Tiffany Group regarding ▓▓▓ | 0.20 | 285.00 | $57.00 |
| 05\|30\|2017 | MRT | Begin drafting sale motion for Selis offer | 1.90 | 285.00 | $541.50 |
| 05\|31\|2017 | MRT | Draft deeds for approved real estate sales (1.1); Several emails to Meridian Title regarding deeds for approved real estate sales and issues with closing (0.3) | 1.40 | 285.00 | $399.00 |
| | | **Subtotal for:   Asset Disposition** | | | $13,162.00 |

**04   - Case Administration**

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|01\|2017 | CAN | Reccomind training (2.0) | 0.00 | 275.00 | $0.00 |
| 05\|03\|2017 | CAN | Analysis of Reccomind spreadsheet (.6); Analysis of Wells Fargo production (.4); Analysis and organization of SEC production documents (5.2) | 6.20 | 275.00 | $1,705.00 |
| 05\|04\|2017 | MRT | Draft letter to Howard Gross regarding ▓▓▓ | 0.20 | 285.00 | $57.00 |
| 05\|04\|2017 | CAN | Analysis of Recommind documents (3.9) | 0.00 | 275.00 | $0.00 |
| 05\|05\|2017 | CAN | Analysis of SEC documents (2.1) | 2.10 | 275.00 | $577.50 |
| 05\|09\|2017 | CAN | Analysis of recommind documents (1.1) | 0.00 | 275.00 | $0.00 |
| 05\|10\|2017 | CAN | Analysis of SEC documents (3.7) | 3.70 | 275.00 | $1,017.50 |
| 05\|16\|2017 | REM | Pay sale filing fee to Clerk re: Doc 749; upload mailing for Motion 749 and Notice 750 to COS.com for service | 0.40 | 175.00 | $70.00 |

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|16\|2017 | REM | Pay sale filing fee to Clerk re: Doc 752; upload mailing for Motion 752 and Notice 753 to COS.com for service | 0.30 | 175.00 | $52.50 |
| 05\|16\|2017 | JMR | Confer with Meredith Theisen regarding ▆▆▆▆▆ | 0.00 | 370.00 | $0.00 |
| 05\|16\|2017 | CAN | Analysis of Recommind documents (1.1) | 0.00 | 275.00 | $0.00 |
| 05\|19\|2017 | CAN | Recommind data analysis (2.1) | 0.00 | 275.00 | $0.00 |
| 05\|22\|2017 | LKD | Telephone to U.S. Bankruptcy Court for Meredith Theisen. | 0.10 | 175.00 | $17.50 |
| 05\|22\|2017 | JMR | Draft response to objection to sale; continue researching issues | 3.60 | 370.00 | $1,332.00 |
| 05\|23\|2017 | LKD | Telephone to Bankruptcy Court | 0.10 | 175.00 | $17.50 |
| 05\|23\|2017 | JMR | Draft response to objection sale; continue researching issues | 3.30 | 370.00 | $1,221.00 |
| 05\|24\|2017 | LKD | Telephone to Bankruptcy Court Clerk, e-mail to Bankruptcy Court Clerk requesting status of various proposed Orders, email from Bankruptcy Court Clerk, telephone to Case Administrator regarding proposed Orders submitted, calendar for follow up. | 0.20 | 175.00 | $35.00 |
| 05\|24\|2017 | JMR | Research issues relating to response to sale objection; continue drafting response | 3.00 | 370.00 | $1,110.00 |
| 05\|25\|2017 | JMR | Draft response to sale objection | 2.40 | 370.00 | $888.00 |
| 05\|26\|2017 | JMR | Confer with Meredith Theisen regarding ▆▆▆▆▆ (0.3); draft and revise response to objection to sale motion (1.3) | 1.60 | 370.00 | $592.00 |
| 05\|30\|2017 | LKD | Review email from U.S. Bankruptcy Court Clerk, email to U.S. Bankruptcy Court Clerk regarding Orders received, review email from U.S. Bankruptcy Court. | 0.10 | 175.00 | $17.50 |
| 05\|30\|2017 | JMR | Research cases attached by Riegsecker; objection; Shepardize same | 0.70 | 370.00 | $259.00 |
| | | **Subtotal for: Case Administration** | | | $8,969.00 |

**05 - Claims Admin and Objections**

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|05\|2017 | JMR | Review claims; draft email to Debbie Caruso ▆▆▆▆▆ | 0.80 | 370.00 | $296.00 |
| 05\|12\|2017 | DJC | Locate and forward Receivership pleading for Twin City to Northwestern legal Clinic | 0.20 | 385.00 | $77.00 |
| | | **Subtotal for: Claims Admin and Objections** | | | $373.00 |

**08 - Fee/Employment Applications**

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|08\|2017 | JRK | Prepare Rubin & Levin's Notice of Itemized Statement of Professional Fees and Expenses (.30); Redacted invoice (.20) | 0.50 | 175.00 | $87.50 |
| 05\|09\|2017 | MRT | Review and revise Rubin & Levin's notice of invoice for April 2017, including detailed review of prebill and redaction of prebill (0.5) | 0.00 | 285.00 | $0.00 |

Wednesday, June 14,    01:51:23 pm    Prebill #  235339    7  of  14

Exhibit "1"
Page 7 of 14

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/2017 | JRK | Prepare BGBC's Notice of Itemized Statement of Professional Fees and Expenses (.30); Redact invoice (.20) | 0.50 | 175.00 | $87.50 |
| 05/18/2017 | MRT | Review and revise BGBC's notice of invoice for April 2017 (0.1) | 0.00 | 285.00 | $0.00 |
| 05/18/2017 | MRT | Email to Debbie Caruso and John Hoard regarding ▮▮▮ (0.1) | 0.00 | 285.00 | $0.00 |
| 05/22/2017 | MRT | Email to Doug Adelsperger regarding ▮▮▮ | 0.10 | 285.00 | $28.50 |
| 05/22/2017 | MRT | Email to Doug Adelsperger regarding ▮▮▮ | 0.10 | 285.00 | $28.50 |
| 05/25/2017 | JRK | Prepare draft second interim fee application for Rubin & Levin | 2.00 | 175.00 | $350.00 |
| | | **Subtotal for: Fee/Employment Applications** | | | $582.00 |

**12 - Plan and Disclosure Statement**

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2017 | JCH | Telephone conference with Recommind regarding analysis of data base and review of same (2.0-NC); review proposed plan and disclosure statment (1.0); emails to BGBC regarding ▮▮▮ (.50) | 1.50 | 385.00 | $577.50 |
| 05/02/2017 | JCH | Review and revise plan and disclosure statement (0.3); meeting with John Rogers and Debbie Caruso re same; discuss confirmation issues re same (1.0-NC) | 0.30 | 385.00 | $115.50 |
| 05/02/2017 | JMR | Conference with co-counsel re ▮▮▮ | 1.20 | 370.00 | $444.00 |
| 05/02/2017 | DJC | Meeting with John, Meredith and John Rogers regarding ▮▮▮ | 1.00 | 385.00 | $385.00 |
| 05/02/2017 | MRT | Further revise and update property equity analysis in connection with plan and disclosure statement (2.4); Email to Doug Adelsperger regarding ▮▮▮ (0.1) | 2.50 | 285.00 | $712.50 |
| 05/02/2017 | MRT | Meeting with Debbie Caruso, John Hoard and John Rogers regarding ▮▮▮ (1.0) | 0.00 | 285.00 | $0.00 |
| 05/05/2017 | DJC | Review summary of claims prepared by John Rogers and conference with John regarding plan treatment | 0.60 | 385.00 | $231.00 |
| 05/08/2017 | JMR | Review mediation statement (0.3); revise disclosure statement to include information from mediation statement (1.1) | 1.40 | 370.00 | $518.00 |
| 05/10/2017 | JMR | Confer with Debbie Caruso regarding ▮▮▮ (0.3) | 0.00 | 370.00 | $0.00 |
| 05/10/2017 | MRT | Further revise property analysis in connection with disclosure statement | 1.90 | 285.00 | $541.50 |
| 05/11/2017 | JMR | Confer with Meredith Theisen re ▮▮▮ (0.3-NC); revise Disclosure Statement (0.5) | 0.50 | 370.00 | $185.00 |

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|11\|2017 | MRT | Meeting with John Rogers regarding ▓ (0.3-NC); Email to John Rogers regarding ▓ (0.2) | 0.20 | 285.00 | $57.00 |
| 05\|18\|2017 | DJC | Conference with John Rogers regarding ▓ (0.2) | 0.00 | 385.00 | $0.00 |
| 05\|30\|2017 | JMR | Revise Plan and Disclosure Statement | 1.00 | 370.00 | $370.00 |
| | | **Subtotal for: Plan and Disclosure Statement** | | | $4,137.00 |

**14 - Litigation**

| Date | Tmkpr | Narrative | Hours Billed | Rate | Amount |
|---|---|---|---|---|---|
| 05\|02\|2017 | JCH | Office conference with Curt Hochbein re ▓ | 0.50 | 385.00 | $192.50 |
| 05\|02\|2017 | CDH | Meeting with Debbie Caruso and John Hoard regarding ▓ Review and revise confidentiality agreement and email same to Debbie Caruso and John Hoard for review (0.6) | 0.00 | 285.00 | $0.00 |
| 05\|02\|2017 | DJC | Meeting with Curt Hochbein regarding ▓ (0.6) | 0.00 | 385.00 | $0.00 |
| 05\|03\|2017 | JCH | Review data base documents; telephone conference with BGBC regarding forensic documents from SEC | 1.50 | 385.00 | $577.50 |
| 05\|09\|2017 | JCH | Attention to emails to/from Howard Gross regarding ▓; telephone conference with Howard Gross regarding ▓; email to E Kos and D Mustard regarding ▓ | 1.00 | 385.00 | $385.00 |
| 05\|12\|2017 | JCH | Office conference with Kennan Fennimore and Debbie Caruso regarding ▓ (0.5) | 0.00 | 385.00 | $0.00 |
| 05\|12\|2017 | KCF | Begin analyzing issues regarding ▓ | 1.00 | 275.00 | $275.00 |
| 05\|19\|2017 | CDH | Review court order regarding filing consent to magistrate form email to John Hoard and Debbie Caruso regarding filing same. | 0.20 | 285.00 | $57.00 |
| 05\|19\|2017 | DJC | Respond to email regarding consent to Magistrate Judge | 0.10 | 385.00 | $38.50 |
| 05\|19\|2017 | KCF | Draft adversary complaint against Southern Equity Group Trust regarding fraudulent transfer. | 2.00 | 275.00 | $550.00 |
| 05\|22\|2017 | CDH | Telephone call with northern district court clerk, complete and email magistrate consent form. | 0.50 | 285.00 | $142.50 |
| 05\|26\|2017 | CDH | Email to John Hoard and Debbie Caruso regarding ▓ | 0.20 | 285.00 | $57.00 |
| | | **Subtotal for: Litigation** | | | $2,275.00 |

| | | **Total Professional Services** | | | **$35,617.50** |

## Expenses Advanced

| Date | Exp Code | Narrative | Amount |
|---|---|---|---|
| 04\|19\|2017 | FE | Federal Express Expense | $16.35 |
| 05\|01\|2017 | COPY | Copy Expense | $320.00 |
| 05\|01\|2017 | COPY | Copy Expense | $8.25 |
| 05\|01\|2017 | COPY | Copy Expense | $1.25 |
| 05\|01\|2017 | COPY | Copy Expense | $5.75 |
| 05\|01\|2017 | COPY | Copy Expense | $1.50 |
| 05\|01\|2017 | COPY | Copy Expense | $0.75 |
| 05\|01\|2017 | COPY | Copy Expense | $1.50 |
| 05\|01\|2017 | COPY | Copy Expense | $1.50 |
| 05\|01\|2017 | COPY | Copy Expense | $0.75 |
| 05\|01\|2017 | P | Postage Expense | $60.06 |
| 05\|02\|2017 | CC | Court Costs - Filing Fee | $181.00 |
| 05\|02\|2017 | COPY | Copy Expense | $135.00 |
| 05\|02\|2017 | COPY | Copy Expense | $0.25 |
| 05\|02\|2017 | COPY | Copy Expense | $6.50 |
| 05\|02\|2017 | COPY | Copy Expense | $1.00 |
| 05\|02\|2017 | COPY | Copy Expense | $1.00 |
| 05\|02\|2017 | COPY | Copy Expense | $0.25 |
| 05\|02\|2017 | COPY | Copy Expense | $0.25 |
| 05\|02\|2017 | P | Postage Expense | $16.72 |
| 05\|04\|2017 | CC | Court Costs Filing Fee | $362.00 |
| 05\|04\|2017 | COPY | Copy Expense | $256.50 |
| 05\|04\|2017 | COPY | Copy Expense | $0.25 |
| 05\|04\|2017 | COPY | Copy Expense | $7.75 |
| 05\|04\|2017 | COPY | Copy Expense | $1.25 |
| 05\|04\|2017 | COPY | Copy Expense | $0.25 |
| 05\|04\|2017 | COPY | Copy Expense | $1.25 |
| 05\|04\|2017 | P | Postage Expense | $28.61 |
| 05\|04\|2017 | P | Postage Expense | $1.40 |
| 05\|05\|2017 | LITI | Recommind, Inc. - Invoice# USSI7528 | $625.28 |
| 05\|05\|2017 | LITI | Recommind, Inc. - Invoice# USSI7528 | -$625.28 |
| 05\|08\|2017 | COPY | Copy Expense | $1.00 |
| 05\|08\|2017 | COPY | Copy Expense | $2.25 |
| 05\|08\|2017 | COPY | Copy Expense | $1.00 |

## Expenses Advanced

| Date | Exp Code | Narrative | Amount |
|---|---|---|---|
| 05\|08\|2017 | COPY | Copy Expense | $1.00 |
| 05\|08\|2017 | COPY | Copy Expense | $1.50 |
| 05\|09\|2017 | COPY | Copy Expense | $0.25 |
| 05\|11\|2017 | CC | Court Costs | $181.00 |
| 05\|11\|2017 | COPY | Copy Expense | $106.50 |
| 05\|11\|2017 | COPY | Copy Expense | $6.25 |
| 05\|11\|2017 | COPY | Copy Expense | $1.00 |
| 05\|11\|2017 | COPY | Copy Expense | $0.25 |
| 05\|11\|2017 | P | Postage Expense | $22.54 |
| 05\|12\|2017 | COPY | Copy Expense | $0.75 |
| 05\|15\|2017 | COPY | Copy Expense | $35.00 |
| 05\|15\|2017 | P | Postage Expense | $7.37 |
| 05\|16\|2017 | CC | Court Costs Filing fee for motion to sell Doc 749 | $181.00 |
| 05\|16\|2017 | COPY | Copy Expense | $0.25 |
| 05\|16\|2017 | COPY | Copy Expense | $0.25 |
| 05\|16\|2017 | COPY | Copy Expense | $0.25 |
| 05\|16\|2017 | COPY | Copy Expense | $0.25 |
| 05\|16\|2017 | COPY | Copy Expense | $0.25 |
| 05\|16\|2017 | COPY | Copy Expense | $0.50 |
| 05\|16\|2017 | COS | COS.com - re: Docs 749 and 750 | -$86.25 |
| 05\|16\|2017 | COS | COS.com re: Docs 749 and 750 | $86.25 |
| 05\|17\|2017 | CC | Court Costs Filing fee for motion to sell Doc 752 | $181.00 |
| 05\|17\|2017 | COPY | Copy Expense | $2.00 |
| 05\|17\|2017 | COPY | Copy Expense | $0.25 |
| 05\|17\|2017 | COPY | Copy Expense | $2.00 |
| 05\|17\|2017 | COPY | Copy Expense | $0.25 |
| 05\|17\|2017 | COS | COS.com service of Docs 752 and 753 | $139.20 |
| 05\|18\|2017 | COPY | Copy Expense | $107.25 |
| 05\|18\|2017 | COPY | Copy Expense | $16.50 |
| 05\|18\|2017 | COPY | Copy Expense | $1.00 |
| 05\|18\|2017 | COPY | Copy Expense | $6.50 |
| 05\|18\|2017 | COPY | Copy Expense | $1.00 |
| 05\|18\|2017 | COPY | Copy Expense | $0.25 |
| 05\|18\|2017 | COPY | Copy Expense | $0.50 |

## Expenses Advanced

| Date | Exp Code | Narrative | Amount |
|---|---|---|---|
| 05\|18\|2017 | E112 | Court fees-Doc #755 - Motion for Sale of Property Free and Clear of Liens | $181.00 |
| 05\|18\|2017 | P | Postage Expense | $24.15 |
| 05\|18\|2017 | P | Postage Expense | $5.98 |
| 05\|22\|2017 | COPY | Copy Expense | $2.00 |
| 05\|22\|2017 | COPY | Copy Expense | $0.25 |
| 05\|24\|2017 | COPY | Copy Expense | $0.50 |
| 05\|24\|2017 | COPY | Copy Expense | $0.50 |
| 05\|25\|2017 | CC | Court Costs - For Trustee's Motion to Sell, Doc #759 | $181.00 |
| 05\|25\|2017 | COPY | Copy Expense | $112.50 |
| 05\|25\|2017 | COPY | Copy Expense | $6.25 |
| 05\|25\|2017 | COPY | Copy Expense | $1.00 |
| 05\|25\|2017 | COPY | Copy Expense | $0.25 |
| 05\|25\|2017 | COPY | Copy Expense | $0.75 |
| 05\|25\|2017 | P | Postage Expense | $25.76 |
| 05\|30\|2017 | COPY | Copy Expense | $2.50 |
| 05\|30\|2017 | COPY | Copy Expense | $0.25 |
| 05\|30\|2017 | COPY | Copy Expense | $0.25 |
| 05\|30\|2017 | P | Postage Expense | $1.61 |
| 05\|31\|2017 | LEXI | Lexis-Nexis Research | $121.29 |
| 05\|31\|2017 | PACE | PACER Research | $1.00 |
| 05\|31\|2017 | PACE | PACER Research | $1.30 |
| 05\|31\|2017 | PACE | PACER Research | $7.50 |

*Total Expenses Advanced* — $3,104.59

## Task Code Recap

| Task Code | Task Code Description | Hours Billed | Rate | Amount |
|---|---|---|---|---|
| 01 | Asset Analysis and Recovery | 18.70 | 327.25 | $6,119.50 |
| 02 | Asset Disposition | 43.60 | 301.88 | $13,162.00 |
| 04 | Case Administration | 28.00 | 320.32 | $8,969.00 |
| 05 | Claims Admin and Objections | 1.00 | 373.00 | $373.00 |
| 08 | Fee/Employment Applications | 3.20 | 181.88 | $582.00 |
| 12 | Plan and Disclosure Statement | 12.10 | 341.90 | $4,137.00 |

| | | | | |
|---|---|---:|---:|---:|
| 14 | Litigation | 7.00 | 325.00 | $2,275.00 |
| | **Task Code Total** | 113.60 | | $35,617.50 |

## Timekeeper Recap

| Tmkpr | Timekeeper Name | Hours Billed | Rate | Amount |
|---|---|---:|---:|---:|
| CAN | Nielsen, Cassandra A. | 12.00 | 275.00 | $3,300.00 |
| CDH | Hochbein, Curt D. | 0.90 | 285.00 | $256.50 |
| DJC | Caruso, Deborah J. | 8.80 | 385.00 | $3,388.00 |
| ENH | Hahn, Elizabeth N. | 10.80 | 285.00 | $3,078.00 |
| JCH | Hoard, John C. | 6.70 | 385.00 | $2,579.50 |
| JMR | Rogers, John M. | 27.10 | 370.00 | $10,027.00 |
| JRK | Krichbaum, Jenna | 3.00 | 175.00 | $525.00 |
| KCF | Fennimore, Keenan C. | 3.00 | 275.00 | $825.00 |
| LKD | Dowell, Lisa K. | 0.50 | 175.00 | $87.50 |
| MRT | Theisen, Meredith R. | 40.10 | 285.00 | $11,428.50 |
| REM | McGraw, Robin E. | 0.70 | 175.00 | $122.50 |
| | **Timekeeper Total** | 113.60 | | $35,617.50 |

## Expenses Advanced Recap

| Expense Code | Expense Description | Amount |
|---|---|---:|
| CC | Court Costs | $1,267.00 |
| COPY | Copy Expense | $1,175.75 |
| COS | COS.com | $139.20 |
| E112 | Court fees | $181.00 |
| FE | Federal Express Expense | $16.35 |
| LEXI | Lexis-Nexis Research | $121.29 |
| LITI | Litigation Exp - Recommind | $0.00 |
| P | Postage Expense | $194.20 |
| PACE | PACER Research | $9.80 |
| | **Expenses Advanced Total** | $3,104.59 |

_____

*Report Total*      *$63,301.72*    *Last Payment Date  05/26/2017*      *Last Payment*      *$11,246.87*