

**BGBC Partners, LLP**
300 N. MERIDIAN STREET, STE. 1100
INDIANAPOLIS, IN  46204
317.633.4700

5 STAR MATTER
MR. JOHN HOARD
C/O RUBIN & LEVIN, PC
135 N. PENNSYLVANIA ST., STE 1400
INDIANAPOLIS, IN  46204

Invoice No.   221022
Date          June 14, 2017
Client No.    88857

___

For Professional Services incurred through May 31, 2017 related to 5 Star Matter per enclosed time records.

Adjusted for fee rate schedule agreed upon.

| | | |
|---|---:|---:|
| Tax - 11.40 hours. | $ | 2,068.50 |
| Litigation - 61.20 hours. | | 18,615.50 |
| Total Due | $ | 20,684.00 |

Exhibit "1"
Page 1 of 2

5 Star Matter
Invoice No. 221022
June 14, 2017

| SC Detail | Service Desc | Date | Last Name | Memo | Rate | Hours | Extended |
|---|---|---|---|---|---|---|---|
| | | | | **Tax Services:** | | | |
| 1041 | Tax Preparation | 5/22/2017 | HITE | Meeting with Cindy McCullough | $ 165 | 0.30 | $ 49.50 |
| 1041 | Tax Preparation | 5/22/2017 | McCULLOUGH | Form 1065 preparation | 240 | 1.00 | 240.00 |
| 1041 | Tax Preparation | 5/23/2017 | HITE | Reviewing documents sent by Trustee and preparing a list of questions/missing items to complete tax return | 165 | 3.50 | 577.50 |
| 1041 | Tax Preparation | 5/24/2017 | HITE | Importing partial Trial Balance, meeting with Cindy McCullough | 165 | 0.90 | 148.50 |
| 1041 | Tax Preparation | 5/25/2017 | HITE | | 165 | 4.00 | 660.00 |
| 1041 | Tax Preparation | 5/30/2017 | HITE | Reviewing bankruptcy filings for assets and liabilities | 165 | 0.20 | 33.00 |
| 1041 | Tax Preparation | 5/30/2017 | McCULLOUGH | Review court documents; gather information for tax return | 240 | 1.00 | 240.00 |
| 1081 | Staff Assistance | 5/24/2017 | McCULLOUGH | Review list of open items wi h Becca Hite | 240 | 0.50 | 120.00 |
| | **Total Tax Services** | | | | | 11.40 | 2,068.50 |
| | | | | **Litigation Services:** | | | |
| 8997 | Other Misc Litigation Services | 5/1/2017 | GOWAN | Cash receipt/disbursement analysis | 320 | 1.60 | 512.00 |
| 8997 | Other Misc Litigation Services | 5/1/2017 | HITE | Meeting to discuss | 190 | 0.70 | 133.00 |
| 8997 | Other Misc Litigation Services | 5/2/2017 | HITE | Detailing Wells Fargo bank information | 190 | 4.50 | 855.00 |
| 8997 | Other Misc Litigation Services | 5/3/2017 | HITE | Detailing Wells Fargo information | 190 | 2.00 | 380.00 |
| 8997 | Other Misc Litigation Services | 5/4/2017 | GOWAN | Cash receipts/disbursements | 320 | 2.00 | 640.00 |
| 8997 | Other Misc Litigation Services | 5/5/2017 | GOWAN | Discussion with J. Hoard regarding | 320 | 0.50 | 160.00 |
| 8997 | Other Misc Litigation Services | 5/8/2017 | GOWAN | Status meeting with H. Gross, S. Reed, | 320 | 3.60 | 1,152.00 |
| 8997 | Other Misc Litigation Services | 5/8/2017 | GROSS | Meeting with Steve Reed and Erika Gowan regarding | 405 | 0.20 | 81.00 |
| 8997 | Other Misc Litigation Services | 5/8/2017 | HITE | Detailing Wells Fargo accounts | 190 | 2.00 | 380.00 |
| 8997 | Other Misc Litigation Services | 5/9/2017 | GOWAN | Wells Fargo - additional bank accounts, Interra - additional banking activity subsequent to SEC detail, phone call with J. Hoard, H. Gross regarding | 320 | 5.30 | 1,696.00 |
| 8997 | Other Misc Litigation Services | 5/9/2017 | GROSS | Conference call with J. Hoard | 405 | 0.50 | 202.50 |
| 8997 | Other Misc Litigation Services | 5/9/2017 | HITE | Detailing Wells Fargo information | 190 | 0.80 | 152.00 |
| 8997 | Other Misc Litigation Services | 5/10/2017 | GOWAN | Cash receipt/disbursement analysis | 320 | 4.90 | 1,568.00 |
| 8997 | Other Misc Litigation Services | 5/11/2017 | GOWAN | Analysis of cash receipts and disbursements | 320 | 3.90 | 1,248.00 |
| 8997 | Other Misc Litigation Services | 5/12/2017 | GOWAN | Cash receipts and disbursements | 320 | 2.30 | 736.00 |
| 8997 | Other Misc Litigation Services | 5/15/2017 | GOWAN | Analysis of Interra cash receipts and disbursements | 320 | 3.80 | 1,216.00 |
| 8997 | Other Misc Litigation Services | 5/16/2017 | GROSS | FBI & record follow-up | 405 | 0.10 | 40.50 |
| 8997 | Other Misc Litigation Services | 5/18/2017 | GOWAN | Cash receipts and disbursements, transfers between accounts | 320 | 4.80 | 1,536.00 |
| 8997 | Other Misc Litigation Services | 5/19/2017 | GOWAN | Transfers between bank accounts | 320 | 3.00 | 960.00 |
| 8997 | Other Misc Litigation Services | 5/23/2017 | GOWAN | Summarize Wells Fargo activity for non-Debtor accounts | 320 | 2.70 | 864.00 |
| 8997 | Other Misc Litigation Services | 5/25/2017 | GOWAN | Cash receipts and disbursements, transfers | 320 | 2.90 | 928.00 |
| 8997 | Other Misc Litigation Services | 5/26/2017 | GOWAN | Summarize cash activity | 320 | 3.00 | 960.00 |
| 8997 | Other Misc Litigation Services | 5/30/2017 | GROSS | Read Plan & Disclosure statement | 405 | 0.90 | 364.50 |
| 8997 | Other Misc Litigation Services | 5/31/2017 | GOWAN | Cash receipt and disbursement analysis, review with H. Gross and S. Reed | 320 | 3.00 | 960.00 |
| 8997 | Other Misc Litigation Services | 5/31/2017 | GROSS | Status meeting with S. Reed, E. Gowan | 405 | 1.10 | 445.50 |
| 8997 | Other Misc Litigation Services | 5/31/2017 | REED | Meeting with Mr. Gross and Ms. Gowan to | 405 | 1.10 | 445.50 |
| | **Total Litigation Services:** | | | | | 61.20 | 18,615.50 |
| | **Total Due** | | | | | 72.60 | $ 20,684.00 |

**Exhibit "1"**
**Page 2 of 2**