## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 5 STAR INVESTMENT GROUP, LLC, | ) | CASE NO. 16-30078-hcd |
| 5 STAR PORTLAND HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP V, LLC, | ) | |
| 5 STAR COMMERCIAL, LLC, | ) | SUBSTANTIVELY CONSOLIDATED |
| 5 STAR INVESTMENT GROUP VII, LLC, | ) | CHAPTER 11s |
| 5 STAR HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP III, LLC, | ) | |
| 5 STAR INDIANA HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP II, LLC, | ) | |
| 5 STAR INVESTMENT GROUP IV, LLC | ) | |
| and 5 STAR CAPITAL FUND, LLC, | ) | |
| | ) | |
| Debtors. | ) | |

### REPORT OF PARTIES' PLANNING MEETING REGARDING WILLIAM ADAMCZYK'S LIMITED OBJECTION TO TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH MATTHEW D. GINGERICH

1. Pursuant to the Court's August 23, 2017, order that required the parties to file the plan required by Rule 26(f) of the Federal Rules of Civil Procedure three days prior to the scheduling conference scheduled on September 13, 2017, at 10:30 a.m., South Bend time, Douglas R. Adelsperger, Trustee ("the Trustee"), acting in his capacity as the Chapter 11 Trustee for the above-captioned debtors, by counsel, and William Adamczyk ("Adamczyk"), by counsel, conducted a telephonic planning meeting. During the telephonic planning meeting, Edmund P. Kos represented the Trustee and J. Samuel Tenenbaum represented Adamczyk. The parties agreed to the contents of this report on September 7, 2017.

2. The Trustee and Adamczyk agree that this Court has jurisdiction over the above-captioned bankruptcy cases pursuant to 28 U.S.C. §§ 157 and 1334 and that venue

is proper pursuant to 28 U.S.C. § 1408.  The parties also agree that the resolution of the "Trustee's Motion to Approve Settlement Agreement and for Other Relief" regarding a settlement with Matthew D. Gingerich ("Gingerich") and Adamczyk's objection to it is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (E) and (O).  Further, the parties agree that the Court has the authority to approve or deny the proposed settlement and Adamczyk's objection to it pursuant to Bankruptcy Rule 9019(a).  The parties consent to entry of final orders or judgments by the Bankruptcy Court.

3. During the telephonic planning meeting, the parties have exchanged initial disclosures required by Bankruptcy Rule 7026 which adopt the provisions of Rule 26 of the Federal Rules of Civil Procedure.  The initial disclosures required by Rule 26(f)(1) were made by e-mail and will not be filed.

4. The parties have agreed to waive a proposed discovery plan. Neither party requires discovery before this matter is presented to the Court.

5. The parties have agreed that no expert witnesses will be called in this matter. Therefore, the requirements of Rule 26(a)(2) can be ignored.

6. Neither party may seek permission to join additional parties or to amend the pleadings, excepting objections that may yet be filed by either the United States Trustee or the United States Securities and Exchange Commission.  Objections, if any, may be filed by these governmental agencies on or before September 18, 2017.

7. The parties ask that a separate order govern the pre-trial disclosures required by Rule (26)(a)(3).

8. This matter is ready for a bench trial that is expected to take approximately two hours.

9. The parties have agreed that this case's settlement prospects will not be enhanced by court-ordered mediation or alternative dispute resolution procedures. The parties have already discussed settlement and will continue to do so until this matter is heard.

10. The parties have nothing further to report.

Submitted on this 8th day of September, 2017.

| KOS & ASSOCIATES | BLUHM LEGAL CLINIC<br>**NORTHWESTERN UNIVERSITY SCHOOL OF LAW** |
|---|---|
| /s/ Edmund P. Kos<br>Edmund P. Kos (11234-49) | /s/ J. Samuel Tenenbaum<br>J. Samuel Tenenbaum, IL ARDC 2808315 |
| /s/ David M. Mustard<br>David M. Mustard (30056-02) | Attorneys for William Adamczyk |
| Attorneys for Douglas R. Adelsperger,<br>  Chapter 11 Trustee | 375 East Chicago Avenue, 8th Floor<br>Chicago, Illinois 60611<br>Telephone: (312) 503-4808<br>Facsimile: (312) 503-8777<br>E-mail: s-tenenbaum@law.northwestern.edu |
| 203 West Wayne Street, Suite 402<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 424-2790<br>Facsimile: (260) 424-1872<br>E-mail: ekos@ekoslaw.com | |

## CERTIFICATE OF SERVICE

I certify that on September 8, 2017, true and complete copies of "Report of Parties' Planning Meeting Regarding William Adamczyk's Limited Objection to Trustee's Motion to Approve Settlement Agreement with Matthew D. Gingerich" were served on the following parties by first class United States mail, postage prepaid, or by notice of electronic filing by authorized e-mail, as follows:

By ECF noticing to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov
Douglas R. Adelsperger, dra@adelspergerkleven.com
Angela D. Dodd dodda@sec.gov
Bridget A. Franklin, bfranklin@brouse.com
Daniel Freeland, dlf9601@aol.com
Deborah J. Caruso dcaruso@rubin-levin.net
Ellen L. Triebold, Ellen.L.Triebold@usdoj.gov
Frederick L. Carpenter, fcarpenter@dfreeland.com
George E. Horn, george.horn@btlaw.com
Harley K. Means, hkm@kgrlaw.com
J. Samuel Tenenbaum, s-tenenbaum@law.northwestern.edu
James E. Rossow, jim@rubin-levin.net
James C. White, jwhite@ptwfirm.com
James G. Lauck, kmw@kgrlaw.com
Jeffrey L. Lund, jlund@yaub.com
John C. Hoard, marie@rubin-levin.net
Katherine C. O'Malley, komalley@cozen.com
Kimberly A. Mouratides, kim2@kmmglawfirm.com
Mark J. Adey, madey@btlaw.com
Mark P. Telloyan, MarkTelloyan@juno.com
Mark E. Wagner, mark_wagner@embarqmail.com
Meredith R. Theisen, mtheisen@rubin-levin.net
Nancy J. Gargula, USTPRegion10.SO.ECF@usdoj.gov
Rebecca Hoyt Fischer, rebecca@ladfislaw.com
R. William Jonas, rwj@hajlaw.com
Susan E. Trent, strent@rlwlawfirm.com
Susan Jaffe Roberts, susan.j.roberts@usdoj.gov
Theora Ohaneson, theora2009@yahoo.com
Thomas E. Panowicz, teplawecf@gmail.com
Thomas G. Wallrich, twallrich@cozen.com
Wesley N. Steury, wsteury@burtblee.com
Yvette Gaff Kleven, ygk@adelspergerkleven.com

4

By regular mail to:

Grant Swartzentruber, Chairman
412 East Flora Street, Apartment 1
Washington, Indiana 47501-2742

                                                /s/ Edmund P Kos
                                                Edmund P. Kos