UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 5 STAR INVESTMENT GROUP, LLC, | ) | CASE NO. 16-30078-hcd |
| 5 STAR PORTLAND HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP V, LLC, | ) | |
| 5 STAR COMMERCIAL, LLC, | ) | SUBSTANTIVELY CONSOLIDATED |
| 5 STAR INVESTMENT GROUP VII, LLC, | ) | CHAPTER 11s |
| 5 STAR HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP III, LLC, | ) | |
| 5 STAR INDIANA HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP II, LLC, | ) | |
| 5 STAR INVESTMENT GROUP IV, LLC | ) | |
| and 5 STAR CAPITAL FUND, LLC, | ) | |
| | ) | |
| Debtors. | ) | |

## REPORT OF THE PARTIES IN LIEU OF FILING A JOINT PRE-TRIAL ORDER

Trustee Douglas R. Adelsperger (the "Trustee"), by counsel, and William Adamczyk, by counsel, file their "Report of the Parties in Lieu of Filing a Joint Pre-Trial Order", and state:

1. On July 27, 2017, the Trustee filed his "Motion to Approve Settlement Agreement and for Other Relief" (the "Motion") (Document 892), requesting that the Court approve his settlement with Matthew D. Gingerich ("Gingerich").

2. On August 16, 2017, William Adamczyk ("Adamczyk") filed his limited objection to the Trustee's Motion" (the "Objection") (Document 922).

3. Adamczyk objected to the claim release provision of the Trustee's Motion because he has a pending lawsuit against Gingerich in the United States District Court, Northern District of Indiana, South Bend Division, under Case No. 17-cv-00252-JVB-MGG (the "District Court Lawsuit").

4. On October 5, 2017, this Court entered an order (the "Order") (Document 1030) scheduling a trial for November 21, 2017, at 1:30 p.m. on Adamczyk's Objection to the Trustee's Motion. In its Order, the Court directed the parties to file a joint pre-trial order, including a list of witnesses and exhibits, with the Court on or before November 9, 2017.

5. In lieu of filing a joint pre-trial order, the parties report to the Court that Adamczyk's complaint against Gingerich in the District Court Lawsuit has been tentatively settled. Adamczyk and Gingerich are preparing the necessary settlement documents. As part of his settlement with Gingerich, Adamczyk has agreed to withdraw his Objection to the Trustee's Motion pending in this Court.

6. Counsel for Adamczyk and Gingerich have informed Trustee Adelsperger that their clients' settlement will be filed in the District Court Lawsuit on or before November 20, 2017. At that time, Adamczyk will file the withdrawal of his Objection in this case.

7. Counsel for Adamczyk and Trustee Adelsperger ask that A) the November 21, 2017, trial be removed from the Court's calendar, B) the parties be relieved from filing the joint pre-trial order required by this Court's October 5, 2017, Order, and that C) the parties be permitted to file a further report to this Court on or before November 21, 2017, if the Adamczyk/Gingerich settlement is not completed as the parties anticipate.

8. The parties fully expect that the District Court Lawsuit between Adamczyk and Gingerich will be settled and that Adamczyk's Objection to the Trustee's Motion will likewise be withdrawn.

9. The parties have nothing further to report.

Submitted this 9th day of November, 2017.

| **KOS & ASSOCIATES** | **BLUHM LEGAL CLINIC** |
|---|---|
| | **NORTHWESTERN UNIVERSITY SCHOOL OF LAW** |
| /s/ Edmund P. Kos | /s/ J. Samuel Tenenbaum |
| Edmund P. Kos (11234-49) | J. Samuel Tenenbaum, IL ARDC 2808315 |
| /s/ David M. Mustard | Attorneys for William Adamczyk |
| David M. Mustard (30056-02) | |
| Attorneys for Douglas R. Adelsperger, Chapter 11 Trustee | 375 East Chicago Avenue, 8th Floor  Chicago, Illinois 60611  Telephone: (312) 503-4808  Facsimile: (312) 503-8777  E-mail: s-tenenbaum@law.northwestern.edu |
| 203 West Wayne Street, Suite 402  Fort Wayne, Indiana 46802  Telephone: (260) 424-2790  Facsimile: (260) 424-1872  E-mail: ekos@ekoslaw.com | |

## CERTIFICATE OF SERVICE

I certify that on November 9, 2017, true and complete copies of the "Report of the Parties in Lieu of Filing a Joint Pre-Trial Order" were served on the following parties by first class United States mail, postage prepaid, or by notice of electronic filing by authorized e-mail, as follows:

By ECF noticing to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov
Douglas R. Adelsperger, dra@adelspergerkleven.com
Angela D. Dodd dodda@sec.gov
Bridget A. Franklin, bfranklin@brouse.com
Daniel Freeland, dlf9601@aol.com
Deborah J. Caruso dcaruso@rubin-levin.net
Ellen L. Triebold, Ellen.L.Triebold@usdoj.gov
Frederick L. Carpenter, fcarpenter@dfreeland.com
George E. Horn, george.horn@btlaw.com
Harley K. Means, hkm@kgrlaw.com
J. Samuel Tenenbaum, s-tenenbaum@law.northwestern.edu
James E. Rossow, jim@rubin-levin.net
James C. White, jwhite@ptwfirm.com
James G. Lauck, kmw@kgrlaw.com

Jeffrey L. Lund, jlund@yaub.com
John C. Hoard, marie@rubin-levin.net
Katherine C. O'Malley, komalley@cozen.com
Kimberly A. Mouratides, kim2@kmmglawfirm.com
Mark J. Adey, madey@btlaw.com
Mark P. Telloyan, MarkTelloyan@juno.com
Mark E. Wagner, mark_wagner@embarqmail.com
Meredith R. Theisen, mtheisen@rubin-levin.net
Nancy J. Gargula, USTPRegion10.SO.ECF@usdoj.gov
Rebecca Hoyt Fischer, rebecca@ladfislaw.com
R. William Jonas, rwj@hajlaw.com
Susan E. Trent, strent@rlwlawfirm.com
Susan Jaffe Roberts, susan.j.roberts@usdoj.gov
Theora Ohaneson, theora2009@yahoo.com
Thomas E. Panowicz, teplawecf@gmail.com
Thomas G. Wallrich, twallrich@cozen.com
Wesley N. Steury, wsteury@burtblee.com
Yvette Gaff Kleven, ygk@adelspergerkleven.com

By regular mail to:

Grant Swartzentruber, Chairman
412 East Flora Street, Apartment 1
Washington, Indiana 47501-2742

                                        /s/ Edmund P Kos
                                        Edmund P. Kos