**EXHIBIT 1**

# Sale of Real Estate

| Property Address | Date of Sale | Gross Sale Price | Net Proceeds |
|---|---|---|---|
| 3131 Grape Road, Mishawaka, IN 46545 | 7/22/2016 | $410,000.00 | $380,524.81 |
| 1308 E. Borley Avenue, Mishawaka, IN 46545 | 10/21/2016 | $42,000.00 | $36,916.12 |
| 318 N. Wenger Avenue, Mishawaka, IN 46544 | 11/18/2016 | $85,000.00 | $73,685.84 |
| 2718 Oakland Avenue, Elkhart, IN 46517 | 11/21/2016 | $49,036.14 | $42,282.22 |
| 1518 Columbian Drive, Elkhart, IN 46517 | 11/21/2016 | $43,565.17 | $36,782.21 |
| 3143 Kelsey Avenue, Elkhart, IN 46517 | 11/21/2016 | $38,803.40 | $32,728.42 |
| 509 Massachusetts Venue, Elkhart, IN 46514 | 11/21/2016 | $53,595.29 | $47,332.11 |
| 317 Preston Drive, South Bend, IN 46615 | 12/29/2016 | $39,500.00 | $33,600.23 |
| 23401 Amber Valley Drive, South Bend, IN 46628 | 4/6/2017 | $129,000.00 | $113,307.07 |
| 1633 Altgeld Street, South Bend, IN 46614 | 4/21/2017 | $40,000.00 | $33,883.16 |
| 20830 Osborne Road, Lakeville, IN 46536 | 6/16/2017 | $30,000.00 | $23,566.82 |
| 2046 Hollywood Place, South Bend, IN 46616 | 6/16/2017 | $33,500.00 | $27,329.34 |
| 1649 E. Fox Street, South Bend, IN 46613 | 6/16/2017 | $37,500.00 | $30,906.15 |
| 813 Altgeld, South Bend, IN 46614 | 6/23/2017 | $26,000.00 | $19,833.65 |
| 55485 Belair Street, Osceola, IN 46561 | 6/23/2017 | $56,000.00 | $47,711.90 |
| 910 W. Borley Street, Mishawaka, IN 46545 | 6/26/2017 | $15,000.00 | $9,312.50 |
| 2138 Thornhill Drive, South Bend, IN 46614 | 6/26/2017 | $27,000.00 | $19,750.47 |
| 802 E. Altgeld Street, South Bend, IN 46614 | 6/29/2017 | $30,000.00 | $23,019.29 |
| 2201 Hollywood Place, South Bend, IN 46616 | 7/7/2017 | $29,000.00 | $22,028.24 |
| 417 W. 12th Street, Mishawaka, IN 46544 | 7/21/2017 | $35,000.00 | $27,257.13 |
| 321 N. Jacob Street, South Bend, IN 46617 | 7/21/2017 | $40,000.00 | $29,691.35 |
| 1647 Portgage Avenue, South Bend, IN 46616 | 7/24/2017 | $19,000.00 | $14,472.41 |
| 1258 Miner, South Bend, IN 46617 | 7/24/2017 | $16,000.00 | $12,739.79 |
| 1408 Union Street, Mishawaka, IN 46544 | 7/24/2017 | $35,000.00 | $24,499.06 |
| 221 W. Broadway Street, Mishawaka, IN 46545 | 7/24/2017 | $25,000.00 | $18,553.09 |
| 1425 E. Ewing Avenue, South Bend, IN 46613 | 7/24/2017 | $19,500.00 | $14,128.47 |
| 18890 Cleveland Road, South Bend, IN 46637 | 7/25/2017 | $75,000.00 | $63,012.59 |
| 1124 E. Dayton Street, South Bend, IN 46613 | 7/25/2017 | $26,000.00 | $19,447.70 |
| 2641 Prescott Drive, Mishawaka, IN 46544 | 8/3/2017 | $51,600.00 | $39,465.75 |
| 906 W. Indiana, Elkhart, IN 46516 | 8/3/2017 | $27,600.00 | $23,121.08 |
| 721 E. 5th Street, Mishawaka, IN 46544 | 8/3/2017 | $23,600.00 | $17,038.01 |
| 1127 Parkway, South Bend, IN 46619 | 8/3/2017 | $29,600.00 | $24,505.63 |
| 506 E. Broadway, South Bend, IN 46601 | 8/9/2017 | $19,500.00 | $13,064.49 |
| 905 E. Ewing Avenue, South Bend, IN 46613 | 8/9/2017 | $17,000.00 | $12,282.79 |
| 1519 S. Virginia Street, South Bend, IN 46613 | 8/9/2017 | $16,000.00 | $11,390.08 |
| 127 E. Victoria Street, South Bend, IN 46614 | 8/9/2017 | $14,000.00 | $7,137.35 |
| 716 W. California Street, South Bend, IN 46616 | 8/9/2017 | $20,000.00 | $14,835.74 |
| 426 7th Street, Mishawaka, IN 46544 | 8/9/2017 | $28,500.00 | $15,691.06 |
| 1018 South Main Street, Mishawaka, IN 46544 | 8/9/2017 | $28,500.00 | $18,686.31 |
| 120 South 33rd Street, South Bend, IN 46615 | 8/15/2017 | $63,000.00 | $53,389.80 |
| 1915 S. Vernon Avenue, South Bend, IN 46613 | 8/17/2017 | $22,500.00 | $17,021.41 |
| 735 W. Wolf Avenue, Elkhart, IN 46516 | 8/25/2017 | $25,000.00 | $9,000.00 |
| 732 S. Illinois Street, South Bend, IN 46619 | 9/8/2017 | $12,100.00 | $8,647.47 |
| 1232 S. 31st Street, South Bend, IN 46615 | 9/8/2017 | $21,600.00 | $15,497.91 |
| 811 Carlton Street, Mishawaka, IN 46544 | 9/8/2017 | $29,100.00 | $20,031.01 |
| 3022 Pleasant Street, South Bend, IN 46615 | 9/8/2017 | $32,600.00 | $26,333.36 |
| 709 S. Sheridan, South Bend, IN 46619 | 9/8/2017 | $12,100.00 | $7,817.91 |
| 1629 Nash Street, South Bend, IN 46635 | 9/8/2017 | $12,100.00 | $8,263.70 |
| 1811 E. McKinley Avenue, South Bend, IN 46617 | 9/8/2017 | $57,600.00 | $46,509.94 |
| 227 E. LaSalle Avenue, Mishawaka, IN 46545 | 9/8/2017 | $31,600.00 | $25,033.80 |
| 1711 South Carlisle Street, South Bend, IN 46613 | 9/8/2017 | $12,100.00 | $6,418.50 |
| 2807 Milburn Boulevard, Mishawaka, IN 46544 | 9/8/2017 | $21,600.00 | $14,667.02 |
| 607 Rush Street, South Bend, IN 46601 | 9/8/2017 | $12,100.00 | $5,701.31 |

**EXHIBIT 1**

| Address | Date | Amount | Amount |
|---|---|---|---|
| 2179 Hollywood Place, South Bend, IN 46616 | 9/22/2017 | $26,000.00 | $19,058.53 |
| 727 Dale Avenue, Mishawaka, IN 46544 | 9/29/2017 | $30,000.00 | $21,797.91 |
| 27654 Cobblestone Way, Elkhart, IN 46514 | 10/24/2017 | $85,000.00 | $76,420.53 |
| 2614 Edison Road, South Bend, IN 46615 | 11/17/2017 | $42,000.00 | $33,246.44 |
| 1845 Renfrew Drive, South Bend, IN 46614 | 11/17/2017 | $53,000.00 | $42,578.24 |
| 1324 Northlea Street, South Bend, IN 46628 | 11/17/2017 | $30,000.00 | $22,761.15 |
| 19261 Greenacre Street, South Bend, IN 46637 | 11/17/2017 | $55,000.00 | $45,953.86 |
| 841 S. 35th Street, South Bend, IN 46615 | 11/17/2017 | $35,000.00 | $25,660.13 |
| 420 Plum Street, Elkhart, IN 46514 | 12/19/2017 | $20,000.00 | $14,995.91 |
| | TOTAL: | $2,522,000.00 | $2,042,326.27 |