# Exhibit 2

## MULTI-FAMILY INVESTMENTS

The following is a summary of the various Apartment Complexes as developed by the Trustee after reviewing the records available and serving over 25 subpoenas on the various entities and persons involved with the Apartment Complexes.

**Albion Apartments.**   Albion Apartments are located at 1300 South Buchta Road, Angelton, Texas  77515.  5 Star Commercial is a Class B member (17.9487%) of Albion Premier Investment, LLC, the owner of Albion Apartments.  5 Star Investing is a 33.3% owner of Albion Premier Manager, LLC, the managing entity for Albion Apartments.  To date, the Estate has received $22,702.00 in distributions from Albion Premier Investment, LLC.  The Trustee has been informed and furnished with financial information indicating that Albion Apartments is performing well and that there is no plan to sell Albion Apartments in the immediate future.

**Ashleigh Park**  Ashleigh Park apartments are located in Greensboro, North Carolina and are owned by Utah Holdings Group, LLC, ("Utah Holdings"), a North Carolina limited liability company.  5 Star Investment Group, LLC is a member of Golden Asset Management, LLC, ("Golden Asset") which is believed to be a Class B member of Utah Holdings.  5 Star Investment Group, LLC owns a 26% interest.  The other members of Golden Asset are The Allwyn Group, LLC and Carlyle Properties Management and Acquisitions II, LLC.  The bankruptcy schedules reflect a receivable owing from Ashleigh park to 5 Star Commercial, LLC, in the sum of $500,000.  The Trustee has reviewed information and documents suggesting that the receivable may be $950,000.  The Trustee filed a complaint against Utah and Golden Asset in North Carolina to collect the receivable.

**Avalon Trace Apartments.**  Avalon Trace Apartments is a 176-unit Apartment Complex located at 307 Avalon Road Greensboro, North Carolina, 27401.  The property was purchased for $2,750,000.  The initial investment contributed by the outside investors was $1,366,000.  The Trustee has received $13,039.70 to date in dividends attributable to the Estate's ownership interest in Avalon Trace Apartments.

Avalon Trace Apartments are owned by Avalon Trace Holdings, LLC, ("Avalon Holdings") a North Carolina limited liability company.  Avalon Holdings consists of 2 classes of membership interests. Class A members are the Amish investors who contributed 100% of the capital to purchase Avalon Holdings and own a 60% interest in Avalon Holdings. The Class B member owns the other 40% and contributed $1,000.  The Class B member is a limited liability company that is the manager of Avalon Trace Holdings, LLC ("Management LLC").  The members of the Management LLC are Parma Investments, LLC (32%), Carlyle Properties Management (32%) and 5 Star Commercial, LLC (36%).  The Class A members are entitled to priority in distribution and will receive 100% of their initial capital contribution plus a 20% return, annualized over the duration of their investment, before distribution to the Class B member.  The Trustee has been

informed that the business plan for Avalon is to hold the property until the prepayment penalty in the mortgage expires.  Accordingly, the Estate will hold its interest or sell it to an investor.

**Cedar Place Apartments.**   Cedar Place Apartments are located at 816 E. Old Hickory Blvd, Madison, Tennessee.   The Trustee has received very few documents or information regarding this complex.  The ownership interest was not listed correctly on the schedules and the location of the apartment complex was not scheduled.  Based on information received by the Trustee, the Trustee believes that Class A members invested $785,000 and will receive their investment and a 20% return before distribution to Class B members. The Class B members are 5 Star Commercial, LLC (46.875%), Firestar Group, LLC (46.875%) and Eric Steward (6.25%).

**Colony Place and Park Fairfax Apartments.**   Colony Place and Park Fairfax Apartments are owned by Ace Property Group, LLC, a North Carolina limited liability company ("Ace").  Colony Place is located at 1307 Springmist Lane, Charlotte, North Carolina, 28208.  Park Fairfax Apartments are located at 108 Park Fairfax Dr., Charlotte, North Carolina.  The ownership of Colony Park and Park Fairfax Apartments are similar to the ownership structure for Avalon Trace Apartments.  The Amish investors contributed approximately $2,872,070 and are Class A members of Ace.  The Class B member is FC Management Group, LLC ("FC Management").  FC Management is owned by 5 Star Commercial, LLC (32.5%); Carlyle Properties Management and Acquisitions II, LLC (32.5%); Parma Investments, LLC (20%); and FSG Holdings, LLC (15%).  The Trustee has been informed that 5 Star's distributions are being held in light of an unauthorized withdraw by Miller in the sum of $60,000.  The terms of the mortgage loans for both Colony Place and Park Fairfax provide for significant pre-payment penalties and the business plan is to postpone a sale until the pre-payment penalty expires. The Trustee will hold this interest for the benefit of the Estate or look for a purchaser.

**GVS Fairway Manor, LLC.**  5 Star Commercial is a 20% owner in GVS Fairway Manager, LLC, which is a member of GVS Fairway Manor, LLC which owns an apartment building known as Fairway Manor, located at 1048 Country Club Dr., Seguin, TX 78155.  The last financials that were presented to the Trustee show occupancy at 79%.  The apartment building is presently listed for sale.

**GVS Sungate Villas, LLC.**  GVS Sungate Villas was sold after the bankruptcy case was filed.  The Estate received $49,607.41 for its interest.

**Timber Hollow Apartments**   Timber Hollow apartments are located at 3200 Trent Street, Greensboro, North Carolina.  Timber Hollow apartments are owned by Trent Holdings, LLC, ("Trent") a North Carolina limited liability company with its principal place of business in Aiken, South Carolina.  5 Star Commercial, Inc. is a member of Trent Management Group, LLC, ("Trent Management") holding a 32.5% interest.  The other members of Trent Management are Carlyle Properties Management and Acquisition's II, LLC, Parma Investments, LLC and FSG Holdings, LLC.  The property is not doing well and was on the market for sale.  An offer was made and accepted, but the buyer was not able to close its financing and the sale was not completed.  Trent and Trent Management owe 5 Star Commercial $330,000 for advances made to complete repairs.  The Trustee filed suit in North Carolina to collect the monies owed.  Trent

and Trent Management have offered to settle the lawsuit for the payment of $275,000. In light of Trent's weak cash flow, the Trustee has agreed to accept the settlement with monthly payments of interest only, at prime plus 1%, for 2 years with a balloon payment at the end of 2 years. The settlement will be documented by a note and deed of trust.

**Twin City Apartments.** Twin City Apartments ("Twin City") is a large apartment complex located in Winston Salem, North Carolina. Twin City was owned by Twin City of Winston Salem, LLC ("Twin City LLC), an Indiana limited liability company formed by Mr. Earl Miller on March 6, 2015. Twin City was the first apartment complex that was organized and purchased by Miller without any partners and deviated from the previous model whereby the investors invested directly into the apartment project and received ownership as Class A members. Presumably, Miller deviated from the investment model, to retain a greater interest for himself. Although Miller raised approximately $2,000,000 from Amish investors for the acquisition of Twin City, it is believed that the money was actually paid to a 5 Star entity and the investors did not receive any ownership in Twin City LLC. Twin City LLC is owned by Southern Equity Trust (90%), TC Commercial (5%) and 5 Star Commercial (5%). The bankruptcy schedules prepared by Miller, counsel for the debtor and Global Impact do not properly reflect the ownership of Twin City LLC.

The facts surrounding the purchase of Twin City and the structure of the ownership were not discovered until the Trustee began his investigation. Subpoenas were served on 5 Star Management Solutions, LLC and TC Commercial in care of Mr. Norman Praet, counsel in North Carolina. Mr. Miller responded to the subpoenas served on TC Commercial and 5 Star Management Solutions, LLC only by filing a "Statement of Confession" stating he was willing to cooperate, but failed to provide the requested documents or any explanation whatsoever of the structure of the ownership of Twin City. Mr. Praet responded and provided the documents requested in the subpoena, only after the Trustee hired counsel in North Carolina. The documents provided by Mr. Praet disclosed that Twin City LLC was controlled by entities created and controlled by Earl Miller. Upon further investigation and interviews with the lender and Kim Bruggeman, the property manager, the Trustee discovered that Twin City was in need of significant repair, the mortgage was in default and a large amount of money was due to vendors who had not been paid for labor and materials furnished. In addition, the city of Winston Salem had charged Twin City LLC with numerous housing violations. Wells Fargo, the lender holding the mortgage on Twin City, commenced foreclosure proceedings and requested the appointment of a Receiver. The Court in North Carolina appointed a Receiver to operate Twin City. The Receiver was in place for several months and Wells Fargo was advancing funds to rehab the apartments for new tenants. The vacancy rate increased, but not significantly, so Wells Fargo scheduled the foreclosure sale. Twin City was sold at foreclosure and it is believed Wells Fargo was the only bidder and now owns Twin City. The 5 % interest of 5 Star Commercial is valueless.

**Village Apartments of Charleston**   Village Apartments of Charleston ("Village Apartments") was another project developed by Miller that deviated from the previous investor model. Village Apartments is owned by Village Apartments LLC, a South Carolina limited liability company.

Village Apartments is located at 325 Gulledge Street, Moncks Corner, South Carolina 29461. The owners of Village Apartments, LLC are Southern (85.25%) and two outside investors who own a combined 14.75%. On July 31, 2017, the Trustee filed an adversary complaint against Southern and TC Commercial, LLC, seeking a judgment determining that the Bankruptcy Estate is the rightful owner Southern' s 85.25% interest. Southern did not answer the complaint and the Court has entered a default judgment in favor of the Bankruptcy Estate.

The Trustee has been in contact with the lender, Arbor Commercial Funding, LLC ("Arbor") and counsel for the outside investors. Arbor has declared a default on the loan and is preparing to file a foreclosure complaint and request that a Receiver be appointed. The Trustee has requested documents from Arbor including an appraisal, rent roll, current financial information and a pay-off in order to evaluate whether there is value over and above the mortgage. Counsel for the outside investors is contending that his clients never agreed to the ownership split reflected above. The parties are continuing to talk and exchange information in an effort to maximize any value in Village Apartments. Presently, the Trustee is uncertain whether there will be value for the Bankruptcy Estate.