UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 5 STAR INVESTMENT GROUP, LLC, ) | CASE NO. 16-30078-hcd |
| 5 STAR PORTLAND HOLDINGS, LLC, ) | |
| 5 STAR INVESTMENT GROUP V, LLC, ) | |
| 5 STAR COMMERCIAL, LLC, ) | SUBSTANTIVELY CONSOLIDATED |
| 5 STAR INVESTMENT GROUP VII, LLC, ) | CHAPTER 11s |
| 5 STAR HOLDINGS, LLC, ) | |
| 5 STAR INVESTMENT GROUP III, LLC, ) | |
| 5 STAR INDIANA HOLDINGS, LLC, ) | |
| 5 STAR INVESTMENT GROUP II, LLC, ) | |
| 5 STAR INVESTMENT GROUP IV, LLC ) | |
| and 5 STAR CAPITAL FUND, LLC, ) | |
| ) | |
| Debtors. ) | |

### TRUSTEE'S MOTION TO APPROVE AGREED JUDGMENT WITH PAYMENT INCENTIVES TO SETTLE CLAIMS ASSERTED AGAINST Z MINISTRIES, INC. AND JOSEPH J. ZUPETZ

Pursuant to Bankruptcy Rule 9019, Douglas R. Adelsperger, Trustee (the "Trustee"), acting in his capacity as the Chapter 11 Trustee for the above-captioned debtors, by counsel, submits this motion to approve the "Agreed Judgment with Payment Incentives" (the "Agreed Judgment") to settle claims asserted in Adversary Proceeding No. 17-03038-hcd against Z Ministries, Inc. ("Z Ministries") and Joseph J. Zupetz ("Zupetz"). In support of this motion, the Trustee states as follows:

**I.     PROCEDURAL BACKGROUND**

1.      On January 25, 2016 (the "Petition Date"), 5 Star Investment Group, LLC, 5 Star Portland Holdings, LLC, 5 Star Investment Group V, LLC, 5 Star Commercial, LLC, 5 Star Investment Group VII, LLC, 5 Star Holdings, LLC, 5 Star Investment Group III, LLC, 5 Star Indiana Holdings, LLC, 5 Star Investment Group II, LLC, 5 Star Investment Group IV, LLC

and 5 Star Capital Fund, LLC (collectively, "5 Star" or the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Indiana, South Bend Division, initiating eleven separate bankruptcy cases (the "Bankruptcy Cases").

2. The Debtors are all Indiana limited liability companies owned as of the Petition Date by one[1] individual – Earl Miller – and by reason of common ownership are affiliates as defined by 11 U.S.C. §101(2).[2]

3. Soon after the Petition Date, on February 9, 2016, the United States Trustee (the "UST") filed her "Emergency Motion for an Order Directing the Appointment of a Trustee or, in the Alternative, Conversion to Chapter 7, and Request for an Expedited Hearing on the Motion" (the "UST Motion").

4. Following the February 16, 2016, hearing on the UST Motion, the Bankruptcy Court entered an "Agreed Order for the Appointment of a Chapter 11 Trustee".

5. Thereafter, on February 29, 2016, Trustee Douglas R. Adelsperger was appointed as the Chapter 11 Trustee in each of the Bankruptcy Cases. On March 23, 2016, the Court entered its "Order Granting Motion for Joint Administration", consolidating the Debtors' bankruptcy cases for purposes of administration only. On April 21, 2016, United States Trustee Nancy J. Gargula filed her notice appointing an unsecured creditors' committee in this matter.

---

[1] Prior to July 31, 2014, the Debtors were co-owned by Earl Miller and Matthew Gingerich. Please note that Gingerich may still be an owner pursuant to the terms of a purchase agreement between Miller and Gingerich.
[2] *See* Debtors' February 4, 2016, "Motion for Joint Administration and Request for Expedited Relief", p. 2, ¶ 6.

6. This Court has jurisdiction over the Bankruptcy Cases pursuant to 28 U.S.C. §§ 157 and 1334 and venue is proper pursuant to 28 U.S.C. § 1408. This Court also has constitutional jurisdiction over the relief sought in this motion.

7. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (E) and (O).

8. Pursuant to Bankruptcy Rule 9019(a), "on motions by the trustee and after notice and a hearing, the Court may approve a compromise or settlement".

## II. FACTUAL BACKGROUND

9. On December 21, 2017, the Trustee filed his adversary complaint (the "Complaint") against Z Ministries and Zupetz in Adversary Proceeding No. 17-03038-hcd.

10. In his Complaint, the Trustee sought the avoidance and recovery of $316,030 in transfers from three of the Debtors, 5 Star Investment Group, LLC, 5 Star Investment Group VII, LLC and 5 Star Commercial, LLC, to Z Ministries and a $5607.35 transfer from 5 Star Investment Group, LLC to Zupetz.

11. The Trustee, Z Ministries and Zupetz (collectively the "Parties") subsequently negotiated the terms of their Agreed Judgment.

12. The Parties thereafter entered into the Agreed Judgment to settle all claims asserted in the Complaint.

## III. SETTLEMENT TERMS

13. Pursuant to their settlement, the Parties stipulated to the entry of a judgment in favor of the Trustee and against Z Ministries in the amount of $316,030, plus post-judgment interest, as defined and calculated pursuant to 28 U.S.C. § 1961, from the date of judgment until it is paid in full (the "Z Ministries Judgment Balance").

14. The Parties further stipulated to the entry of a judgment in favor of the Trustee and against Zupetz in the amount of $5,607.35 plus post-judgment interest, as defined and calculated pursuant to 28 U.S.C. § 1961, from the date of judgment until it is paid in full (the "Zupetz Judgment Balance").

15. The Parties agreed that the Z Ministries Judgment Balance and Zupetz Judgment Balance (the "Judgment Balances") shall be paid according to the following terms (the "Agreement"):

    A. The Trustee has agreed to release his Judgments against Z Ministries and Zupetz in exchange for the payment of $125,000 ("Settlement Amount") by March 1, 2020. If the Settlement Amount is paid on or before March 1, 2020, then the remainder of the Judgment Balances shall be forgiven. Z Ministries' payments, as described in Paragraph B, must be made when due or within a seven day grace period.

    B. Z Ministries has agreed to make twenty-four consecutive monthly payments of at least $500 beginning on March 1, 2018, and a final lump-sum payment of $113,000 on March 1, 2020. Z Ministries is encouraged to pay more than $500 each month. All excess payments will be applied to reduce the final lump sum amount.

    C. All payments of the Settlement Amount must be made by certified check, cashier's check or money order, made payable to "Douglas R. Adelsperger, Trustee for the Consolidated 5 Star Bankruptcies" and sent to the Trustee's attention to Adelsperger & Kleven, 111 West Wayne Street, Fort Wayne, Indiana 46802.

D. To encourage Z Ministries to make all payments when due, no interest will accrue on the Settlement Amount. Further, the Trustee has agreed to forbear from taking any actions to collect the Judgment Balances.

E. If Z Ministries fails to make any payment when due or within the seven day grace period, then the Agreement will be in default and the Trustee will immediately have the right to collect the entire Judgment Balances with accrued interest. All payments received by the Trustee will be credited to the Z Ministries Judgment Balance.

F. The Parties represented and warranted that:

i. each has the legal authority to enter into the Agreement;

ii. the Agreement is each party's legal, valid and binding obligation; and

iii. the Agreement is enforceable against each party in accordance with its terms.

G. The Agreement shall be governed by and construed and enforced in accordance with Indiana law. Any dispute between the Parties shall be venued to a state or federal court in either St. Joseph or Allen County, Indiana.

H. The Agreement cannot be orally modified or amended and represents the entire agreement between the Parties about the subject matter it covers. All previous negotiations between the Parties touching on the subject matter of the Agreed Judgment are merged in the Agreement. All modifications or amendments to

the Agreed Judgment and/or the Agreement must be in writing and signed by all Parties.

I. The Parties acknowledged that in connection with the Agreement, they each consulted with, or had the opportunity to consult with, legal counsel of their choice. The Parties further acknowledged that each understood the consequences of his or its participation in the Agreement.

J. The Agreement shall inure to the sole benefit of the Parties and their successors or assigns. Nothing in it shall create or be construed to create any right or benefit for any other person or entity.

K. The entry of the Agreed Judgment and the payment of the Settlement Amount shall not be considered an admission by Z Ministries or Zupetz of any claim or fact asserted by the Trustee, with Z Ministries and Zupetz denying fault or wrongdoing. The Agreed Judgment cannot be used as proof of any wrongdoing, fault, responsibility or liability to be asserted by any other person or entity.

16. Upon the Bankruptcy Court's approval of the Agreed Judgment, the Adversary Proceeding will be completed, and the Trustee, Z Ministries and Zupetz's rights and obligations will be as ordered in the Agreed Judgment.

### IV.    TRUSTEE'S BUSINESS JUDGMENT

17. Trustee Adelsperger has concluded that the Agreed Judgment is in the best interests of the consolidated bankruptcy estates.

18. Trustee Adelsperger has applied his best business judgment and determined that the Agreed Judgment with the payment incentives given to Z Ministries and Zupetz gives the consolidated bankruptcy estates the best chance of collecting what is owed by the

defendants. The costs related to litigation are minimized while Z Ministries and Zupetz recognize that they received transfers of money from the 5 Star Entities that are avoidable.

19. Trustee Adelsperger asserts that the acceptance of the settlement will avoid litigation and collection expenses.

20. Trustee Adelsperger believes that the settlement is fair and equitable and that he has satisfied his obligation to exercise prudent business judgment in evaluating the settlement reached with Z Ministries and Zupetz.

21. Trustee Adelsperger requests that the Court approve and enter the Agreed Judgment as an order of this Court.

**WHEREFORE,** Douglas R. Adelsperger, Chapter 11 Trustee, by counsel, requests that the Court A) enter an order granting this motion and approving his "Agreement Judgment with Payment Incentives" as outlined in this motion and in the attached proposed Agreed Judgment, and B) grant all other relief that is just and proper in the premises.

Respectfully submitted,

**KOS & ASSOCIATES**

/s/ Edmund P. Kos
Edmund P. Kos (11234-49)

/s/ David M. Mustard
David M. Mustard (30056-02)

Attorneys for Douglas R. Adelsperger,
  Chapter 11 Trustee

203 West Wayne Street, Suite 402
Fort Wayne, Indiana 46802
Telephone: (260) 424-2790
Facsimile: (260) 424-1872
E-mail: ekos@ekoslaw.com

## CERTIFICATE OF SERVICE

I certify that on March 6, 2018, a true and complete copy of the "Trustee's Motion to Approve Agreed Judgment with Payment Incentives to Settle Claims Asserted Against Z Ministries, Inc. and Joseph J. Zupetz" was submitted through the CM/ECF document filing system, and copies were served on the following parties either electronically using the e-filing system or by first class United States mail, postage prepaid, as follows:

By ECF noticing to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov
Douglas R. Adelsperger, dra@adelspergerkleven.com
Angela D. Dodd dodda@sec.gov
Bridget A. Franklin, bfranklin@brouse.com
Daniel Freeland, dlf9601@aol.com
Deborah J. Caruso dcaruso@rubin-levin.net
Ellen L. Triebold, Ellen.L.Triebold@usdoj.gov
Frederick L. Carpenter, fcarpenter@dfreeland.com
George E. Horn, george.horn@btlaw.com
Harley K. Means, hkm@kgrlaw.com
J. Samuel Tenenbaum, s-tenenbaum@law.northwestern.edu
James E. Rossow, jim@rubin-levin.net
James C. White, jwhite@ptwfirm.com
James G. Lauck, kmw@kgrlaw.com
Jeffrey L. Lund, jlund@yaub.com
John C. Hoard, marie@rubin-levin.net
Katherine C. O'Malley, komalley@cozen.com
Kimberly A. Mouratides, kim2@kmmglawfirm.com
Mark J. Adey, madey@btlaw.com
Mark P. Telloyan, MarkTelloyan@juno.com
Mark E. Wagner, mark_wagner@embarqmail.com
Meredith R. Theisen, mtheisen@rubin-levin.net
Nancy J. Gargula, USTPRegion10.SO.ECF@usdoj.gov
Rebecca Hoyt Fischer, rebecca@ladfislaw.com
R. William Jonas, rwj@hajlaw.com
Susan E. Trent, strent@rlwlawfirm.com
Susan Jaffe Roberts, susan.j.roberts@usdoj.gov
Theora Ohaneson, theora2009@yahoo.com
Thomas E. Panowicz, teplawecf@gmail.com
Thomas G. Wallrich, twallrich@cozen.com
Wesley N. Steury, wsteury@burtblee.com
Yvette Gaff Kleven, ygk@adelspergerkleven.com

By regular mail to:

Grant Swartzentruber, Chairman
412 East Flora Street, Apartment 1
Washington, Indiana 47501-2742

                                         /s/ Edmund P Kos
                                        Edmund P. Kos