UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 5 STAR INVESTMENT GROUP, LLC, ) | CASE NO. 16-30078-hcd |
| 5 STAR PORTLAND HOLDINGS, LLC, ) | |
| 5 STAR INVESTMENT GROUP V, LLC, ) | |
| 5 STAR COMMERCIAL, LLC, ) | SUBSTANTIVELY CONSOLIDATED |
| 5 STAR INVESTMENT GROUP VII, LLC, ) | CHAPTER 11s |
| 5 STAR HOLDINGS, LLC, ) | |
| 5 STAR INVESTMENT GROUP III, LLC, ) | |
| 5 STAR INDIANA HOLDINGS, LLC, ) | |
| 5 STAR INVESTMENT GROUP II, LLC, ) | |
| 5 STAR INVESTMENT GROUP IV, LLC ) | |
| and 5 STAR CAPITAL FUND, LLC, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| _____ ) | |
| ) | |
| DOUGLAS R. ADELSPERGER, TRUSTEE FOR ) | ADV. PROC. NO. 17-03038-hcd |
| THE SUBSTANTIVELY CONSOLIDATED ) | |
| BANKRUPTCY ESTATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Z MINISTRIES, INC. and JOSEPH J. ZUPETZ, ) | |
| ) | |
| Defendants. ) | |

## AGREED JUDGMENT WITH PAYMENT INCENTIVES

Plaintiff Douglas R. Adelsperger (the "Trustee"), Chapter 11 trustee for the substantively consolidated bankruptcy estates of 5 Star Investment Group, LLC, 5 Star Portland Holdings, LLC, 5 Star Investment Group V, LLC, 5 Star Commercial, LLC, 5 Star Investment Group VII, LLC, 5 Star Holdings, LLC, 5 Star Investment Group III, LLC, 5 Star Indiana Holdings, LLC, 5 Star Investment Group II, LLC, 5 Star Investment Group IV, LLC

and 5 Star Capital Fund, LLC (the "5 Star Entities"), by counsel, and defendants Z Ministries, Inc. ("Z Ministries") and Joseph J. Zupetz ("Zupetz") file this "Agreed Judgment with Payment Incentives" ("Agreed Judgment"). The parties agree as follows:

1. On December 21, 2017, the Trustee filed his adversary complaint (the "Complaint") in this matter.

2. In his Complaint, the Trustee sought the avoidance and recovery of $316,030 in transfers from three of the Debtors, 5 Star Investment Group, LLC, 5 Star Investment Group VII, LLC and 5 Star Commercial, LLC, to Z Ministries and a $5607.35 transfer from 5 Star Investment Group, LLC to Zupetz.

3. The Trustee, Z Ministries and Zupetz (collectively the "Parties") subsequently negotiated the terms of this Agreed Judgment.

4. The Parties stipulate to the entry of a judgment in favor of the Trustee and against Z Ministries in the amount of $316,030, plus post-judgment interest, as defined and calculated pursuant to 28 U.S.C. § 1961, from the date of judgment until it is paid in full (the "Z Ministries Judgment Balance").

5. The Parties further stipulate to the entry of a judgment in favor of the Trustee and against Zupetz in the amount of $5,607.35 plus post-judgment interest, as defined and calculated pursuant to 28 U.S.C. § 1961, from the date of judgment until it is paid in full (the "Zupetz Judgment Balance").

6. The Parties agree that the Z Ministries Judgment Balance and Zupetz Judgment Balance (the "Judgment Balances") shall be paid according to the following terms (the "Agreement"):

A. The Trustee shall release his Judgments against Z Ministries and Zupetz in exchange for the payment of $125,000 ("Settlement Amount") by March 1, 2020. If the Settlement Amount is paid on or before March 1, 2020, then the remainder of the Judgment Balances shall be forgiven. Z Ministries' payments, as described in Paragraph B, must be made when due or within a seven day grace period.

B. Z Ministries shall make twenty-four consecutive monthly payments of at least $500 beginning on March 1, 2018, and a final lump-sum payment of $113,000 on March 1, 2020. Z Ministries is encouraged to pay more than $500 each month. All excess payments will be applied to reduce the final lump sum amount.

C. All payments of the Settlement Amount must be made by certified check, cashier's check or money order, made payable to "Douglas R. Adelsperger, Trustee for the Consolidated 5 Star Bankruptcies" and sent to the Trustee's attention to Adelsperger & Kleven, 111 West Wayne Street, Fort Wayne, Indiana 46802.

D. To encourage Z Ministries to make all payments when due, no interest will accrue on the Settlement Amount. Further, the Trustee shall forbear from taking any actions to collect the Judgment Balances.

E. If Z Ministries fails to make any payment when due or within the seven day grace period, then the Agreement will be in default and the Trustee will immediately have the right to collect the entire Judgment Balances with accrued interest. All payments received by the Trustee will be credited to the Z Ministries Judgment Balance.

F. The Parties represent and warrant that:

      i.    each has the legal authority to enter into this Agreement;

      ii.    this Agreement is each party's legal, valid and binding obligation; and

      iii.    this Agreement is enforceable against each party in accordance with its terms.

G.    This Agreement shall be governed by and construed and enforced in accordance with Indiana law. Any dispute between the Parties shall be venued to a state or federal court in either St. Joseph or Allen County, Indiana.

H.    This Agreement cannot be orally modified or amended and represents the entire agreement between the Parties about the subject matter it covers. All previous negotiations between the Parties touching on the subject matter of the Agreed Judgment are merged in this Agreement. All modifications or amendments to the Agreed Judgment and/or this Agreement must be in writing and signed by all Parties.

I.    The Parties acknowledge that in connection with this Agreement, they have each consulted with, or had the opportunity to consult with, legal counsel of their choice. The Parties further acknowledge that each understands the consequences of his or its participation in the Agreement.

J.    This Agreement shall inure to the sole benefit of the Parties and their successors or assigns. Nothing in it shall create or be construed to create any right or benefit for any other person or entity.

K. The entry of this Agreed Judgment and the payment of the Settlement Amount shall not be considered an admission by Z Ministries or Zupetz of any claim or fact asserted by the Trustee, with Z Ministries and Zupetz denying fault or wrongdoing. This Agreed Judgment cannot be used as proof of any wrongdoing, fault, responsibility or liability to be asserted by any other person or entity.

WHEREFORE, Douglas R. Adelsperger, Chapter 11 Trustee for the 5 Star Entities, and Z Ministries, Inc. and Joseph J. Zupetz believe that this Agreed Judgment is in their best interests and therefore request that the Court approve, sign and adopt it as its order.

Date: 3-5-2018                                    Date: 3·1·2018

**5 STAR INVESTMENT GROUP, LLC AND ALL CONSOLIDATED 5 STAR ENTITIES**

By: _____ TTEE
Douglas R. Adelsperger,
Chapter 11 Trustee

**Z MINISTRIES, INC.**

By: _____
Joseph J. Zupetz, President

Date: 3·1·2018

**JOSEPH J. ZUPETZ**

By: _____
Joseph J. Zupetz, in his individual capacity

The Court has thoroughly reviewed this "Agreed Judgment with Payment Incentives" and now **APPROVES** and **ADOPTS** the same as this Court's order of judgment.

**IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that judgment is entered against defendants Z Ministries, Inc. and Joseph J. Zupetz as set forth above. All terms agreed to by the parties are incorporated in this order.

**SO ORDERED.**

Date: _____         _____
                                       Harry C. Dees, Jr.
                                       Judge, United States Bankruptcy Court