UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 5 STAR INVESTMENT GROUP, LLC, | ) | CASE NO. 16-30078-hcd |
| 5 STAR PORTLAND HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP V, LLC, | ) | |
| 5 STAR COMMERCIAL, LLC, | ) | SUBSTANTIVELY CONSOLIDATED |
| 5 STAR INVESTMENT GROUP VII, LLC, | ) | CHAPTER 11s |
| 5 STAR HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP III, LLC, | ) | |
| 5 STAR INDIANA HOLDINGS, LLC, | ) | |
| 5 STAR INVESTMENT GROUP II, LLC, | ) | |
| 5 STAR INVESTMENT GROUP IV, LLC | ) | |
| and 5 STAR CAPITAL FUND, LLC, | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE AGREED
JUDGMENT WITH PAYMENT INCENTIVES
TO SETTLE CLAIMS ASSERTED AGAINST EARL MILLER**

At South Bend, Indiana, on _____.

Douglas R. Adelsperger, Trustee (the "Trustee"), acting in his capacity as the Chapter 11 Trustee for the above-captioned debtors, by counsel, has filed the "Trustee's Motion to Approve Agreed Judgment with Payment Incentives to Settle Claims Against Earl Miller" (the "Motion") to resolve his allegations asserted in Adversary Proceeding No. 17-03036-hcd. The Trustee has provided appropriate notice of the Motion to creditors and parties in interest and no objections to it have been filed. The Court has thoroughly reviewed the Motion and is duly advised in the premises.

**IT IS THEREFORE ORDERED** that the Motion is granted. The attached "Agreed Judgment with Payment Incentives" (the "Agreed Judgment") will be entered as an order in

Adversary Proceeding No. 17-03036-hcd. The parties are authorized to take whatever actions are necessary to implement the terms of their settlement as detailed in the Agreed Judgment.

**SO ORDERED.**

Harry C. Dees, Jr.
Judge, United States Bankruptcy Court